UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUBOTV INC. and FUBOTV MEDIA INC.,<br><br>         *Plaintiffs*,<br><br> -against-<br><br>THE WALT DISNEY COMPANY, ESPN, INC., ESPN ENTERPRISES, INC., HULU, LLC, FOX CORPORATION, and WARNER BROS. DISCOVERY, INC.,<br><br>         *Defendants*. | Civil Action No. 24-cv-1363-MMG-JW<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs fuboTV Inc. and fuboTV Media Inc. certifies the following:

  fuboTV Media Inc. is a wholly owned subsidiary of fuboTV Inc.  fuboTV Inc. is a publicly-traded company whose shares are listed on the New York Stock Exchange.  fuboTV Inc. has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

Dated:  February 23, 2024

                Respectfully submitted,

                 *s/ Mark C. Hansen*
                Mark C. Hansen (admitted *pro hac vice*)
                Evan T. Leo (*pro hac vice* forthcoming)
                Kevin J. Miller (*pro hac vice* forthcoming)
                Joseph S. Hall (SDNY Bar No. JH2612)
                Thomas G. Schultz (*pro hac vice* forthcoming)
                Joshua Hafenbrack (*pro hac vice* forthcoming)
                KELLOGG, HANSEN, TODD, FIGEL
                 & FREDERICK, P.L.L.C.
                1615 M Street NW
                Suite 400
                Washington, DC 20036
                Tel.:  (202) 326-7900
                Fax:  (202) 326-7999

Email:  mhansen@kellogghansen.com
eleo@kellogghansen.com
kmiller@kellogghansen.com
jhall@kellogghansen.com
tschultz@kellogghansen.com
jhafenbrack@kellogghansen.com

*Counsel for Plaintiffs fuboTV Inc. and fuboTV Media Inc.*