AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| FuboTV Inc. et al, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| The Walt Disney Company et al, | ) |
| *Defendant* | ) |

Case No.    1:24-cv-01363-MMG

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; Hulu, LLC                     .

Date:    03/13/2024

/s/ Michael P. Addis
*Attorney's signature*

Michael P. Addis -- 4900957
*Printed name and bar number*

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

*Address*

maddis@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*