# Exhibit 2

 (https://acaconnects.org)

 Menu

**PRESS RELEASES (HTTPS://ACACONNECTS.ORG/PRESS-RELEASES/)**  //

February 7, 2024

# ACA Connects Statement on the Anticompetitive Sports Streaming Juggernaut

**February 7, 2024 –** ACA Connects President and CEO Grant Spellmeyer released the following statement regarding yesterday's announcement that Disney, Fox, and Warner Bros. Discovery plan to launch a new sport streaming service.

"The 'house of cards' in the video marketplace continues to wobble. Allowing the biggest media players to join forces—while locking out traditional linear cable providers from offering the same package at the same price—only gives even more power and leverage to the Goliaths to extract more money from customers of ACA Connects Members. This clearly isn't a functioning free market. With customers facing higher prices and fewer affordable choices, there needs to be a level playing field."

.    .    .

**About ACA Connects: America's Communications Association** –America's Communications Association – ACA Connects is a trade organization representing more than 500 smaller and medium-sized, independent companies that provide broadband, video, and phone services covering 31.9 million households, 7.3 million of which are located in rural and smaller suburban markets across America. ACA Connects Members operate in every state, providing advanced communications to connect homes, companies, main street, schools, hospitals and more. America's economic prosperity in smaller communities and rural areas depends on the growth and success of ACA Connects Members, who believe a connected nation is a prosperous nation.

## MOST RECENT PRESS RELEASES

(https://acaconnects.org/press-releases/aca-connects-statement-on-fccs-plans-to-reimpose-title-ii/)

ACA Connects Statement on FCC's Plans to Reimpose Title II

April 3, 2024

(https://acaconnects.org/press-releases/aca-connects-chair-appointed-to-fccs-communications-equity-and-diversity-council/)

ACA Connects Chair Appointed to FCC's Communications Equity and Diversity Council

March 28, 2024

(https://acaconnects.org/press-releases/aca-connects-asks-fcc-to-maintain-the-fairness-and-integrity-of-its-auctions-as-it-coordinates-with-ntia-on-bead/)

ACA Connects Asks FCC to Maintain the Fairness and Integrity of Its Auctions as It Coordinates With NTIA on BEAD

March 27, 2024

(https://acaconnects.org/press-releases/aca-connects-continues-advocacy-for-improvements-to-pole-attachment-process/)

ACA Connects Continues Advocacy for Improvements to Pole Attachment Process

March 18, 2024

### PRESS RELEASES CONTACT

**Olivia Shields**

*Vice President of Public Affairs and Communications*

oshields@acaconnects.org

**Advocacy (/advocacy/)**

ACA PAC(/aca-pac/)

BEAD Program: A Framework to Allocate Funding for Broadband Availability(/bead-program-framework)

Capitol Connection(https://acaconnects.org/capitol-connection/)

Competition in the Broadband Market(/broadband-competition/)

Filings(/filings/)

Gaps in Broadband Infrastructure(/broadband-infrastructure-study/)

Grassroots Toolkit(/grassroots-toolkit/)

Press Releases(/press-releases/)

### Closing the Gaps (/closing-the-gaps/)

ACACommunities(/acacommunities/)

Affordable Connectivity Program Participants(/acp/participants/)

K-12 Bridge to Broadband Program(/k-12-bridge-to-broadband-program/)

### Education (/education/)

Affordable Connectivity Program(/acp/)

ARPA Tracker(/arpa/)

BEAD Tracker(/bead/)

Broadband Data Collection(/broadband-data-collection/)

C-Band Transition(/cband-transition/)

Cinnamon Mueller's Regulatory Updates(/regulatory-updates/)

Disaster Response Materials(/disaster-response-materials/)

Member Advisories(/advisories/)

On-Demand Webinars(/webinars/)

Retransmission Consent Toolkit(/retrans-toolkit/)

Robocalls Resources(/robocalls/)

Truth-in-Billing(/truth-in-billing/)

### News (/news/)

ACA Blogs and Videos(/blog/)

Capitol Connection(https://acaconnects.org/capitol-connection/)

Community Champions(https://acaconnects.org/community-champions/)

Independent Communications News (ICN)(/icn/)

Filings(/filings/)

Member Advisories(/advisories/)

Press Releases(/press-releases/)

### Events (/events/)

On-Demand Webinars(/webinars/)

Summit 2024 Videos(https://acaconnects.org/webinars/summit-2024/)

### About ACA Connects (/about/)

Our Achievements(https://acaconnects.org/about/achievements/)

Our Awards(https://acaconnects.org/about/awards/)

Our Staff(https://acaconnects.org/about/staff/)

Our Board(/about/board-members/)

### Associate Member Program (/amp/)

AMP Members(/amp/members/)

Apply for AMP Membership(/amp/application/)

Covid-19 Resources(/covid-19/)

Privacy Policy(/about/privacy-policy/)



© ACA Connects – America's Communications Association. All rights reserved.

(https://twitter.com/acaconnects)

(https://www.facebook.com/ACAConnects)

(https://www.linkedin.com/company/acaconnects)

(https://www.youtube.com/channel/UCcDoS3TMFeRlVFid4cx6J2A)