**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| FUBOTV INC. and FUBOTV MEDIA INC., <br><br> *Plaintiffs*, <br><br> -against- <br><br> THE WALT DISNEY COMPANY, ESPN, INC., ESPN ENTERPRISES, INC., HULU, LLC, FOX CORPORATION, and WARNER BROS. DISCOVERY, INC., <br><br> *Defendants*. | Civil Action No.  24-cv-1363-MMG-JW <br><br> **PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and declarations and exhibits in support, Plaintiffs, fuboTV Inc. and fuboTV Media Inc. ("Fubo"), through counsel, move this Court under Rule 65(a) of the Federal Rules of Civil Procedure for a preliminary injunction enjoining Defendants from either proceeding further with formation of their joint venture or enforcing contractual restraints that prevent Fubo from offering a competitive service.  Fubo respectfully requests an evidentiary hearing in support of this Motion.

1

Dated:  April 8, 2024                                  Respectfully submitted,

                                                       */s/ Mark C. Hansen*
                                          Mark C. Hansen (admitted *pro hac vice*)
                                          Evan T. Leo (admitted *pro hac vice*)
                                          Kevin J. Miller (admitted *pro hac vice*)
                                          Joseph S. Hall (SDNY Bar No. JH2612)
                                          Thomas G. Schultz (admitted *pro hac vice*)
                                          Joshua Hafenbrack (admitted *pro hac vice*)
                                          KELLOGG, HANSEN, TODD, FIGEL
                                            & FREDERICK, P.L.L.C.
                                          1615 M Street NW
                                          Suite 400
                                          Washington, DC 20036
                                          Tel.:  (202) 326-7900
                                          Fax:  (202) 326-7999
                                          Email:   mhansen@kellogghansen.com
                                                        eleo@kellogghansen.com
                                                        kmiller@kellogghansen.com
                                                        jhall@kellogghansen.com
                                                        tschultz@kellogghansen.com
                                                        jhafenbrack@kellogghansen.com

                                          *Counsel for Plaintiffs fuboTV Inc. and fuboTV Media Inc.*