KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

April 15, 2024

*Via CM/ECF*

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      Re:    *fuboTV Inc., et al. v. The Walt Disney Company, et al.*, No. 24-cv-1363

Dear Judge Garnett:

      Pursuant to Sections II(B)(2) and II(B)(4) of Your Honor's Individual Rules and Practices, Plaintiffs fuboTV Inc. and fuboTV Media Inc. ("Fubo") respectfully request leave to file a single, consolidated, 60-page response to Defendants' motions to dismiss on or before Wednesday, April 24, 2024. Defendants consent to Fubo's request.[1]

      Good cause exists to permit Fubo to file a 60-page consolidated response. Defendants filed a total of three motions to dismiss. *See* Docs. 113, 115, 122. Many of the arguments in those three motions overlap. Were Fubo to respond to each Defendant's motion to dismiss individually, the three briefs would be 85 pages long in total and would repeat some of the same arguments. *See* Individual Rules & Practices § II(B)(2) (allowing 25 pages to respond to motions to dismiss); Doc. 68 (order authorizing Fubo to file a 35-page response to the Disney Defendants' joint motion to dismiss). Filing a single response of 60 pages will better serve the interest of judicial efficiency than filing multiple, overlapping responses totaling 85 pages in length.

      Good cause also exists to allow Fubo to file its consolidated response on or before Wednesday, April 24. Defendants filed their motions to dismiss over the course of two days (April 9-10). If Fubo were to file separate responses to those motions, those responses would be due on April 23 and April 24. No prejudice will result from filing a consolidated brief on April 24.

---

[1] Counsel for the parties met and conferred regarding Fubo's request on April 15, 2024.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable Margaret M. Garnett
April 15, 2024
Page 2

      Fubo respectfully requests that the Court grant this motion and allow Fubo to file a consolidated, 60-page response to Defendants' motions to dismiss on or before April 24, 2024.

                                       Respectfully submitted,

                                       /s/ Thomas G. Schultz
                                       Mark C. Hansen (admitted *pro hac vice*)
                                       Evan T. Leo (admitted *pro hac vice*)
                                       Kevin J. Miller (admitted *pro hac vice*)
                                       Joseph S. Hall (SDNY Bar No. JH2612)
                                       Thomas G. Schultz (admitted *pro hac vice*)
                                       Joshua Hafenbrack (admitted *pro hac vice*)
                                       Hannah D.C. DePalo (admitted *pro hac vice*)
                                       KELLOGG, HANSEN, TODD, FIGEL
                                         & FREDERICK, P.L.L.C.
                                       1615 M Street NW
                                       Suite 400
                                       Washington, DC 20036
                                       Tel.:  (202) 326-7900
                                       Fax:  (202) 326-7999
                                       Email:   mhansen@kellogghansen.com
                                                 eleo@kellogghansen.com
                                                 kmiller@kellogghansen.com
                                                 jhall@kellogghansen.com
                                                 tschultz@kellogghansen.com
                                                 jhafenbrack@kellogghansen.com
                                                 hdepalo@kellogghansen.com

                                       *Counsel for Plaintiffs fuboTV Inc. and fuboTV Media Inc.*

Cc:     All Counsel of Record (via CM/ECF)