USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FUBOTV INC., et al.,

                Plaintiff,

-against-

THE WALT DISNEY COMPANY, et al.,

                Defendants.

24-CV-01363 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      It is hereby ORDERED that, no later than **one week from the date of this Order**, each party shall notify the Court via email at GarnettNYSDChambers@nysd.uscourts.gov, designating no more than two attorneys in charge of the matter for each party in this action. The designated attorney(s) must have appropriate authority to bind the party he or she represents at any future proceedings, subject to necessary client consultation, and will be the attorney(s) who receive any electronic communication that may come directly from the Court's staff. At least one of the designated attorneys for each party is required to be present at each conference before the Court, absent prior permission to substitute. Nothing in this Order limits any party as to the number of attorneys of record that may file notices of appearance on ECF or receive ECF notifications in this action.

Dated: April 17, 2024
       New York, New York

                                                SO ORDERED.

                                                MARGARET M. GARNETT
                                                United States District Judge