# Exhibit A

# Exhibit A

## Proposed Schedule

| Event | Parties' Agreed Upon Schedule If Court Orders <u>July 22</u> Hearing Date | Parties' Agreed Upon Schedule If Court Orders <u>August 7</u> Hearing Date |
|---|---|---|
| Deadline to Serve Requests for Production | Monday, April 22, 2024 | Monday, April 22, 2024 |
| Deadline to Serve Responses and Objections to Requests for Production | Monday, May 6, 2024 | Friday, May 17, 2024 |
| Deadline for Substantial Completion of Production of Documents | Wednesday, May 22, 2024 | Friday, June 7, 2024 |
| Parties Serve Preliminary Fact Witness Lists | Friday, May 24, 2024 | Monday, June 10, 2024 |
| Close of Fact Discovery | Friday, June 14, 2024 | Friday, June 28, 2024 |
| Defendants to Serve Expert Rebuttal Reports | Tuesday, June 25, 2024 | Wednesday, July 10, 2024 |
| Plaintiffs to Serve Expert Reply Reports | Monday, July 1, 2024 | Wednesday, July 17, 2024 |
| Close of Expert Discovery | Friday, July 12, 2024 | Friday, July 26, 2024 |
| Defendants' Response to Plaintiffs' Motion for Preliminary Injunction | Friday, July 12, 2024 | Friday, July 26, 2024 |
| File and Exchange of Final Fact Witness Lists | Monday, July 15, 2024 | Monday, July 29, 2024 |
| File and Exchange of Exhibit Lists | Monday, July 15, 2024 | Monday, July 29, 2024 |
| Fubo's Reply in Support of Motion for Preliminary Injunction | Thursday, July 18, 2024 | Thursday, August 1, 2024 |
| Preliminary Injunction Hearing | Monday, July 22, 2024 – Wednesday, July 24, 2024 | Wednesday, August 7, 2024 – Friday, August 9, 2024 |

# Exhibit A

## Proposals for Limits on Discovery Devices

| Discovery Device | Fubo's Proposal | Defendants' Proposal |
|---|---|---|
| Requests for Production | The parties agree that each party should be permitted to serve requests for production. | |
| Interrogatories | Each party[1] should be permitted to serve up to 5 interrogatories on each other party. The parties should meet and confer regarding deadlines for serving and responding to these interrogatories. | Not ripe |
| Party Depositions | Each party should be permitted to take up to 5 depositions of each other party (or individuals under its control). | Not ripe |
| Requests for Admission | The parties agree that no requests for admission should be permitted. | |
| Third-Party Discovery | The parties agree that each party should be permitted to serve third-party subpoenas. | |

---

[1] For purposes of Fubo's proposal regarding depositions and interrogatories, Plaintiffs fuboTV Inc. and fuboTV Media Inc. will be treated as a single party, and Defendants The Walt Disney Company, ESPN, Inc., ESPN Enterprises, Inc., and Hulu, LLC will be treated as a single party.