UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUBOTV INC. and FUBOTV MEDIA INC., <br><br> Plaintiffs, <br><br> -against- <br><br> THE WALT DISNEY COMPANY, ESPN, INC., ESPN ENTERPRISES, INC., HULU, LLC, FOX CORPORATION, and WARNER BROS. DISCOVERY, INC., <br><br> Defendants. | 24-cv-1363-MMG-JW |

## NOTICE OF MOTION FOR ADMISSION
## OF JOHN (JAY) JURATA, JR. PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I John (Jay) Jurata, Jr., a partner at the firm of Dechert LLP, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Fox Corporation in the above-captioned action.

I am a member in good standing of the bars of the Commonwealth of Virgina and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission by any court.

Dated: Washington, D.C.
        May 1, 2024

Respectfully Submitted,

 */s/ John (Jay) Jurata, Jr.*
John (Jay) Jurata, Jr.
Dechert LLP
1900 K Street N.W.
Washington, D.C.  20006
Tel.: (202) 261-3300
Fax: (202) 261-3333
jay.jurata@dechert.com

*Counsel for Defendant Fox Corporation*