UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FUBOTV INC. and FUBOTV MEDIA INC.,

        Plaintiffs,

-against-

THE WALT DISNEY COMPANY, ESPN, INC., ESPN ENTERPRISES, INC., HULU, LLC, FOX CORPORATION, and WARNER BROS. DISCOVERY, INC.,

        Defendants.

24-cv-1363-MMG-JW

## AFFIDAVIT OF JOHN (JAY) JURATA, JR.

State of New York        )
County of New York    ) ss.:

John (Jay) Jurata, Jr., being duly sworn, deposes and says:

1. I am a partner at the law firm Dechert LLP, located at 1900 K Street N.W, Washington, D.C. 20006. I respectfully submit this affidavit in support of the motion for my admission *pro hac vice* in the above-captioned matter to appear as counsel for Defendant Fox Corporation before this Court.

2. I am a member of the Bar of the Commonwealth of Virgina and have been a member in good standing since April 27, 2001. I am also a member of the Bar of the District of Columbia and have been a member in good standing since August 5, 2002. Certificates of good standing are annexed hereto as Exhibits A and B.

3. I am fully familiar with the facts and circumstances of this case.

4. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission by any court.

John (Jay) Jurata, Jr.
Dechert LLP
1900 K Street N.W.
Washington, D.C. 20006
Tel.: (202) 261-3300
Fax: (202) 261-3333
jay.jurata@dechert.com

*Counsel for Defendant Fox Corporation*

Sworn to before me this
1st day of May 2024

_____
Notary Public

NATASHA LEBLANC
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LE0000612
Qualified in New York County
My Commission Expires 02/03/2027