# **EXHIBIT A**

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

John Arpio Jurata, Jr.

was admitted to practice as an attorney and counsellor at the bar of this Court on June 4, 2001.

I further certify that so far as the records of this office are concerned, John Arpio Jurata, Jr. is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 6th day of May
A.D. 2024

By: _[signature]_
Deputy Clerk