UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FUBOTV INC. and FUBOTV MEDIA INC.,

                Plaintiffs,

 -against-

THE WALT DISNEY COMPANY, ESPN, INC., ESPN ENTERPRISES, INC., HULU, LLC, FOX CORPORATION, and WARNER BROS. DISCOVERY, INC.,

                Defendants.

24-cv-1363-MMG-JW

## ORDER FOR ADMISSION OF
## JOHN (JAY) JURATA, JR. PRO HAC VICE

The motion of John (Jay) Jurata, Jr. for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is an active member in good standing of the bars of the Commonwealth of Virginia and Washington, D.C., and that his contact information is as follows:

    John (Jay) Jurata, Jr.
    Dechert LLP
    1900 K. Street N.W.
    Washington, D.C.  20006
    jay.jurata@dechert.com
    Tel.: 202-261-3300

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Fox Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2024
       Brooklyn, New York

                                            _____
                                            United States District Judge