## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUBOTV INC., and FUBOTV MEDIA INC., <br><br> Plaintiffs, <br><br> - against - <br><br> THE WALT DISNEY COMPANY, ESPN, INC., ESPN ENTERPRISES, INC., HULU, LLC, FOX CORPORATION, and WARNER BROS. DISCOVERY, INC., <br><br> Defendants. | Case No. 1:24-cv-01363 (MMG) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that A.J. Green of the firm Weil, Gotshal & Manges LLP, an attorney duly admitted to practice before this Court, hereby enters his appearance as counsel for Defendant Warner Bros. Discovery, Inc. in the above-captioned matter.

Dated: May 10, 2024
New York, New York

Respectfully submitted,

By:   /s/ A.J. Green

WEIL, GOTSHAL & MANGES LLP
A.J. Green
767 Fifth Avenue
New York, New York 10153
T: (212) 310-8709
F: (212) 310-8007
A.J.Green@weil.com

*Counsel for Warner Bros. Discovery, Inc.*