# Exhibit 1

| | |
|---|---|
| **From:** | Hafenbrack, Joshua |
| **To:** | Kathleen E. Young; Schultz, Thomas G.; Duffy Gideon, Gavan W.; DePalo, Hannah D.C.; Wilkins, Matthew J.; Tondrowski, Katherine V.; Howe, Dennis D.; Block, Geoffrey J.H. |
| **Cc:** | Antony Ryan; Wes Earnhardt; Yonatan Even; Damaris Hernandez; Michael Addis; Brian Golger; Brent Bomkamp; Anissa Badea; steven.bizar@dechert.com; andrew.levander@dechert.com; Steven.Engel@Dechert.com; McGinley, Michael; Fruiterman, Erica; Yohai, David; Hemlock, Adam; Tsekerides, Theodore; Taylor, Robert; Elaina.Aquila@weil.com; A.J.Green@weil.com |
| **Subject:** | RE: fuboTV et al. v. The Walt Disney Company et al. - Preliminary Witness List |
| **Date:** | Monday, June 10, 2024 9:14:44 PM |

Counsel,

Please find below Fubo's preliminary fact witness list for the PI hearing:

1. David Gandler
2. Alberto Horihuela
3. John Janedis
4. Todd Mathers

Similar to Defendants, Fubo reserves the right to supplement its witness list with third parties, employees of the Defendants whom Fubo may call adversely, and to use deposition testimony as permitted by the Federal Rules.

Best regards, Josh.

**Joshua Hafenbrack**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
Sumner Square | 1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7820 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Kathleen E. Young <keyoung@cravath.com>
**Sent:** Monday, June 10, 2024 7:20 PM
**To:** Schultz, Thomas G. <tschultz@kellogghansen.com>; Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>; Duffy Gideon, Gavan W. <ggideon@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Wilkins, Matthew J. <mwilkins@kellogghansen.com>; Tondrowski, Katherine V. <ktondrowski@kellogghansen.com>; Howe, Dennis D. <dhowe@kellogghansen.com>; Block, Geoffrey J.H. <gblock@kellogghansen.com>
**Cc:** Antony Ryan <ARyan@cravath.com>; Wes Earnhardt <WEarnhardt@cravath.com>; Yonatan Even <YEven@cravath.com>; Damaris Hernandez <DHernandez@cravath.com>; Michael Addis <maddis@cravath.com>; Brian Golger <bgolger@cravath.com>; Brent Bomkamp <bbomkamp@cravath.com>; Anissa Badea <abadea@cravath.com>; steven.bizar@dechert.com; andrew.levander@dechert.com; Steven.Engel@Dechert.com; McGinley, Michael

1

<Michael.McGinley@dechert.com>; Fruiterman, Erica <Erica.Fruiterman@dechert.com>; Yohai, David <david.yohai@weil.com>; Hemlock, Adam <adam.hemlock@weil.com>; Tsekerides, Theodore <theodore.tsekerides@weil.com>; Taylor, Robert <Robert.Taylor@weil.com>; Elaina.Aquila@weil.com; A.J.Green@weil.com
**Subject:** [EXTERNAL] fuboTV et al. v. The Walt Disney Company et al. - Preliminary Witness List

Counsel:  Please find below Defendants' preliminary list of fact witnesses who may testify at the Preliminary Injunction Hearing.

1. Sean Breen
2. Bruce Campbell
3. Justin Connolly
4. David Espinosa
5. Dan Fox
6. Justin Lancer
7. Scott Miller
8. James Pitaro
9. Eric Shanks
10. Justin Warbrooke

Defendants are still evaluating which third parties we may call and reserve the right to supplement our witness list with third parties.  Defendants also reserve the right to call any witness included on Fubo's preliminary witness list, to use deposition testimony as permitted by the Federal Rules of Procedure and Evidence, and to call to testify anyone from whom Fubo has submitted a declaration in this matter.

Best,
Kathleen

Kathleen E. Young
Cravath, Swaine & Moore LLP
Two Manhattan West | 375 Ninth Avenue
New York, New York 10001
T: (212) 474-1525
keyoung@cravath.com

---

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.