KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

August 1, 2024

*Via CM/ECF*

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

    Re:    *fuboTV Inc., et al. v. The Walt Disney Company, et al.*, No. 24-cv-1363

Dear Judge Garnett:

    Pursuant to Rule I(D)(3)(ii)-(iii) of Your Honor's Individual Rules and Practices, Plaintiffs fuboTV Inc. and fuboTV Media Inc. ("Fubo") respectfully request leave to file under seal and in redacted form on the public docket (i) portions of Fubo's Reply Brief In Support of its Motion for Preliminary Injunction; and (ii) certain of the exhibits thereto. Each of the Defendants has consented to Fubo filing the above-listed materials under seal or with redactions.

    Fubo respectfully submits that good cause exists for sealing and/or redacting the confidential materials described above, which fall into five categories: (i) highly confidential carriage agreements; (ii) highly confidential expert and witness declarations; (iii) highly confidential deposition testimony; (iv) external correspondence regarding highly confidential material; and (v) highly confidential internal correspondence and proprietary financial analyses, marketing data, and business strategy.

    Courts in this district have repeatedly recognized that confidential, contractual materials are appropriately sealed. *See Rubik's Brand Ltd. v. Flambeau, Inc.*, 2021 U.S. Dist. LEXIS 53529, at *2 (S.D.N.Y Mar. 22, 2021) (granting motion to seal documents containing the terms of confidential trademark licensing agreements). Courts also regularly find that documents containing proprietary information that informs a corporation's strategy may be appropriately sealed. *See Skyline Steel, LLC v. PilePro, LLC*, 101 F. Supp. 3d 394, 412-13 (S.D.N.Y. 2015) (emails regarding confidential negotiations between Skyline and its customers).[1] The exhibits

---

[1] *See also Louis Vuitton Malletier S.A. v. Sunny Merch. Corp.*, 97 F. Supp. 3d 485, 511 (S.D.N.Y. 2015) (advertising expenditures, strategies, policies, and sales); *GoSMiLE, Inc. v. Dr. Jonathan Levine, D.M.D. P.C.*, 769 F. Supp. 2d 630, 649-50 (S.D.N.Y. 2011) (granting motion to seal internal financial information and budgets).

The Honorable Margaret M. Garnett
August 1, 2024
Page 2

listed below contain information that is highly sensitive and would cause Fubo and other parties serious harm if disclosed; this information is similar or identical to information that this Court previously ordered sealed.  *See*, *e.g.*, Dkt. 147 at 2 (granting Fubo's PI Motion to Seal).

**Fubo's Carriage Agreements**

The exhibits below are highly confidential business agreements that concern agreements related to licensing video content.  Where, as here, the disclosure of "confidential business terms" would result in "competitive harm" to a party, such as a "disadvantage . . . in future . . . negotiations with third parties," this Court has agreed to seal such documents.  *News Corp. v. CB Neptune Holdings, LLC*, 2021 WL 3409663, at *2 (S.D.N.Y Aug. 4, 2021).

| Exhibit Number | Plaintiffs' Trial Exhibit |
|---|---|
| Ex. 049 | Major Rights Agreements Expirations |
| Ex. 079 | PX188 |
| Ex. 080 | PX190 |
| Ex. 081 | PX192 |

**Expert & Witness Declarations**

The exhibits below are declarations of the parties' experts and witnesses.  These exhibits reference commercially sensitive, proprietary information from Fubo, the Defendants, and third parties.  For example, Mr. Thun's second declaration discusses DirecTV's carriage negotiations with Defendants, which are subject to confidentiality provisions contained in the agreements themselves and are commercially sensitive.  For the same reasons as above, Fubo respectfully requests that the Court order these declarations to be sealed.

| Exhibit Number | Declarant |
|---|---|
| Ex. 17 | Edwin Desser |
| Ex. 18 | Michael Whinston |
| Ex. 27 | Robert Thun (second declaration) |
| Ex. 44 | Alberto Horihuela |
| Ex. 67 | David Gandler |
| Ex. 68 | John Janedis |
| Ex. 69 | Todd Mathers |
| Ex. 70 | Gary Schanman |
| Ex. 71 | Robert Thun (first declaration) |
| Ex. 124 | James Trautman |
| Ex. 125 | Jonathan Orszag |

The Honorable Margaret M. Garnett
August 1, 2024
Page 3

**Deposition Testimony**

The exhibits below are transcripts of witnesses' deposition testimony that the parties have designated as highly confidential. These exhibits contain sensitive commercial business information, including specific terms of carriage agreements, internal business strategy, and proprietary financial information. For the same reasons as above, Fubo respectfully requests that the Court order these declarations to be sealed.

| Exhibit Number | Deponent |
|---|---|
| Ex. 008 | James Pitaro |
| Ex. 009 | Sean Breen |
| Ex. 010 | Bob Iger |
| Ex. 011 | Justin Lancer |
| Ex. 012 | Justin Warbrooke |
| Ex. 013 | Bruce Campbell |
| Ex. 014 | Justin Connolly |
| Ex. 015 | John Nallen |
| Ex. 016 | Alberto Horihuela |
| Ex. 019 | Peter Distad |
| Ex. 020 | Gary Schanman |
| Ex. 021 | Jonathan Orszag |
| Ex. 022 | Michael Whinston |
| Ex. 023 | Edwin Desser |
| Ex. 024 | Anthony Petitti |

**External Correspondence / Hearing Transcript**

The exhibits below are emails, non-public third-party research, and a pretrial hearing transcript that the parties have labeled as highly confidential because they contain commercially sensitive business information. Courts in this district have held that it is appropriate to seal highly confidential correspondence discussing parties' ongoing commercial relationship. *See, e.g.*, *PDV Sweeny, Inc. v. ConocoPhillips Co.*, 2014 WL 4979316, at *2 (S.D.N.Y. Oct. 6, 2014) (holding that the sealing of documents concerning the parties' "ongoing commercial relationship" was appropriate given "their containing sensitive commercial information affecting the parties' ongoing relationship"). Fubo respectfully requests that the Court order these emails to be sealed.

| Exhibit Number | Plaintiffs' Trial Exhibit / Bates |
|---|---|
| Ex. 006 | Initial Pretrial Conference Transcript |
| Ex. 072 | PX122 |
| Ex. 073 | PX134 |

The Honorable Margaret M. Garnett
August 1, 2024
Page 4

| Ex. 074 | PX175 |
| Ex. 075 | PX176 |
| Ex. 076 | PX178 |
| Ex. 077 | PX182 |
| Ex. 078 | PX183 |
| Ex. 204 | PX204 |
| Ex. 099 | PX273 |
| Ex. 100 | PX274 |
| Ex. 101 | PX275 |
| Ex. 104 | PX286 |
| Ex. 137 | FUBO_0165677 |

**Internal Correspondence and Proprietary Financial Analyses, Marketing Data, and Business Strategy**

    The exhibits below include models, decks, and internal emails that reflect confidential and proprietary business strategies and financial information. Courts in this district routinely seal this kind of information. *See*, *e.g.*, *Kewazinga Corp. v. Microsoft Corp.*, 2021 WL 1222122, at *3 (S.D.N.Y. Mar. 31, 2021) (sealing confidential research and development information, marketing plans, revenue information, pricing information); *GoSMiLE, Inc.*, 769 F. Supp. 2d at 649-50 (granting motion to seal internal financial information and budgets).

| Exhibit Number | Plaintiffs' Trial Exhibit / Bates |
|---|---|
| Ex. 026 | PX154 |
| Ex. 030 | FOX-008644 |
| Ex. 031 | FOX-009562 |
| Ex. 032 | FOX-009622 |
| Ex. 033 | FOX-012718 |
| Ex. 034 | FOX-013203 |
| Ex. 035 | FOX-029701 |
| Ex. 036 | FOX-032468 |
| Ex. 037 | FOX-065311 |
| Ex. 038 | FUBO_0150388 |
| Ex. 039 | JX001 |
| Ex. 040 | JX003 |
| Ex. 041 | JX013 |
| Ex. 042 | JX014 |
| Ex. 043 | JX015 |
| Ex. 045 | JX036 |
| Ex. 046 | JX041 |

The Honorable Margaret M. Garnett
August 1, 2024
Page 5

| Ex. 047 | JX042 |
|---|---|
| Ex. 048 | JX059 |
| Ex. 050 | PX015 |
| Ex. 051 | PX019 |
| Ex. 052 | PX024 |
| Ex. 053 | PX025 |
| Ex. 054 | PX052 |
| Ex. 055 | PX053 |
| Ex. 056 | PX055 |
| Ex. 057 | PX058 |
| Ex. 058 | PX059 |
| Ex. 059 | PX061 |
| Ex. 060 | PX076 |
| Ex. 061 | PX081 |
| Ex. 062 | PX084 |
| Ex. 063 | PX086 |
| Ex. 064 | PX087 |
| Ex. 065 | PX088 |
| Ex. 066 | PX089 |
| Ex. 083 | PX207 |
| Ex. 084 | PX211 |
| Ex. 085 | PX216 |
| Ex. 086 | PX220 |
| Ex. 087 | PX236 |
| Ex. 088 | PX238 |
| Ex. 089 | PX242 |
| Ex. 090 | PX243 |
| Ex. 091 | PX245 |
| Ex. 092 | PX246 |
| Ex. 093 | PX251 |
| Ex. 094 | PX253 |
| Ex. 095 | PX255 |
| Ex. 096 | PX257 |
| Ex. 097 | PX268 |
| Ex. 098 | PX269 |
| Ex. 102 | PX282 |
| Ex. 103 | PX285 |
| Ex. 105 | PX289 |
| Ex. 106 | PX290 |

The Honorable Margaret M. Garnett
August 1, 2024
Page 6

| Ex. 107 | PX319 |
| --- | --- |
| Ex. 108 | PX322 |
| Ex. 109 | PX325 |
| Ex. 111 | PX401 |
| Ex. 113 | PX412 |
| Ex. 114 | PX413 |
| Ex. 123 | PX151 |
| Ex. 126 | PX456 |
| Ex. 127 | TWDC_FUBO_00018055 |
| Ex. 128 | TWDC_FUBO_00123245 |
| Ex. 129 | PX129 |
| Ex. 130 | WBD-00003615 |
| Ex. 133 | JX023 |
| Ex. 134 | JX028 |
| Ex. 135 | JX032 |
| Ex. 136 | JX22 |
| Ex. 138 | TWDC_FUBO_00084140 |

The Honorable Margaret M. Garnett
August 1, 2024
Page 7

Dated:  August 1, 2024

Respectfully submitted,

 /s/ *Thomas G. Schultz*
Mark C. Hansen (admitted *pro hac vice*)
Joseph S. Hall (SDNY Bar No. JH2612)
Thomas G. Schultz (admitted *pro hac vice*)
Joshua Hafenbrack (admitted *pro hac vice*)
Matthew J. Wilkins (admitted *pro hac vice*)
Dennis D. Howe (admitted *pro hac vice*)
Geoffrey J.H. Block (admitted *pro hac vice*)
Gavan W. Duffy Gideon (admitted *pro hac vice*)
Katherine V. Tondrowski (admitted *pro hac vice*)
Rachel T. Anderson (admitted *pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.:  (202) 326-7900
Fax:  (202) 326-7999
Email:   mhansen@kellogghansen.com
            jhall@kellogghansen.com
            tschultz@kellogghansen.com
            jhafenbrack@kellogghansen.com
            mwilkins@kellogghansen.com
            dhowe@kellogghansen.com
            gblock@kellogghansen.com
            ggideon@kellogghansen.com
            ktondrowski@kellogghansen.com
            randerson@kellogghansen.com

*Counsel for Plaintiffs fuboTV Inc. and fuboTV Media Inc.*

Cc:   All Counsel of Record (via CM/ECF)