AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Fubo TV Inc., et al., | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 1:24-cv-01363-MMG |
| The Walt Disney Company, et al., | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Walt Disney Company, ESPN, Inc., ESPN Enterprises, Inc., Hulu, LLC.

Date: 08/07/2024

/s/ Elisabeth D. Amanullah
*Attorney's signature*

Elisabeth D. Amanullah--6015390
*Printed name and bar number*

Cravath, Swaine & Moore LLP
Two Manhattan West-375 Ninth Avenue
New York, NY 10001

*Address*

eamanullah@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*