UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FUBOTV INC., et al.,

                    Plaintiffs,

           -against-

THE WALT DISNEY COMPANY, et al.,

                  Defendants.

24-CV-01363 (MMG)

**ORDER**

---

MARGARET M. GARNETT, United States District Judge:

        Attached hereto this Order is Court Exhibit 1, which is the consent list submitted by the parties to the Court of all exhibits admitted into evidence during the preliminary injunction hearing (the "Hearing") held in this matter from August 6–12, 2024.

        The parties are HEREBY ORDERED to meet and confer regarding unsealing of (i) the transcript of the Hearing, and (ii) the underlying documents employed or referenced therein and, **by no later than August 23, 2024**, identify any portions of the Hearing transcript and exhibits that the parties jointly agree should remain sealed. The parties shall also identify any portions as to which there is disagreement. For any testimony provided by third-party witnesses (or documents produced by third parties) to this litigation, *e.g.*, DIRECTV, the consent of those third parties shall be obtained before any such portion of the transcript or relevant document is designated to be unsealed.

        Any testimony provided in open court at the Hearing shall be considered by the parties to be presumptively unsealed. Furthermore, any portions of the Hearing transcript or portions of documents which the Court has included unredacted in the public Order and Opinion at Dkt. No. 290 shall likewise be considered presumptively unsealed. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 121 (2d Cir. 2006) ("[W]here documents are used to determine litigants' substantive legal rights, a strong presumption of [public] access attaches.") Any portions of the Order and Opinion which the Court has redacted shall remain sealed pending consideration of the parties' submissions directed above and further order of the Court.

Dated: August 16, 2024
      New York, New York

                                SO ORDERED.

                                MARGARET M. GARNETT
                                United States District Judge

# COURT EXHIBIT 1

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| JX001 | Email from G. Schanman to J. Blum re: Video Services Information, with attachment | | | | 8/12 |
| JX002 | Email from A. LeCuyer to H. Akhavan re: Programming Deep Dive on 1/5/24, with attachment | | | | 8/7 |
| JX003 | Email from J. Lancer to D. Espinosa, et al. re: A debate | | Pls.' Obj.: Hearsay | | 8/12 |
| JX004 | Astound Broadband - Global Agreement 1-1-23 | | | | 8/12 |
| JX005 | First Amendment to Affiliation Agreement between Fox and Cox Communications | | | | 8/12 |
| JX006 | DISH-Fox Global Affiliation Agreement | | | | 8/12 |
| JX007 | Third Amendment to Affiliation Agreement between Fox and Mediacom | | | | 8/12 |
| JX008 | Global Affiliation Agreement between Fox and Verizon | | | | 8/12 |
| JX009 | Sixth Amendment to Fox/YT Affiliation Agreement | | | | 8/12 |
| JX010 | Email from J. Nallen to M. Biard re: Potential partnership | | Pls.' Obj.: Hearsay | | 8/12 |
| JX011 | Project Raptor OOC Approval Request Deck | | Pls.' Obj.: Hearsay | | 8/12 |
| JX012 | Project Raptor: Future of Paytv and Implications of Flagship and Raptor Deck | | Pls.' Obj.: Hearsay | | 8/12 |
| JX013 | Email from J. Lancer to K. Menzier re: Favor for raptor, with attachments | | Pls.' Obj.: Hearsay | | 8/12 |
| JX014 | Email from J. Nallen to J. Lancer re: Project Raptor: OOC Approval Request [Approval Requested], with attachment | | Pls.' Obj.: Hearsay | | 8/7 |
| JX015 | Venu Deck | | Pls.' Obj.: Hearsay | | 8/12 |
| JX016 | Declaration of Alberto Horihuela in Support of PI Motion | | Defs.' Obj: 802 | | 8/12 |
| JX017 | Digital MVPD Affiliation License Agreement between TWDC and Fubo | | | | 8/12 |
| JX018 | Defendant Channel List Excel | | | | 8/12 |
| JX019 | Full Channel List 04012024 Excel | | | | 8/12 |

[1] "JX" exhibits are joint exhibits, "PX" exhibits are Plaintiffs' exhibits and "DX" are Defendants' exhibits.

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| JX020 | Percentage Hours by Channel Excel | | | | 8/7 |
| JX021 | Email from S. Miller to T. Mathers re: Renewal | | Defs.' Obj.: 802, 805 | | 8/6 |
| JX022 | JV Impact Excel Spreadsheet | | | | 8/12 |
| JX023 | Fubo Estimated Impact of JV on NA Streaming Business (2024 & 2025) Deck | | | | 8/8 |
| JX024 | Email from T. Mathers to L. Morrissey, et al. re: Disney Discussion Topics | | Pls.' Obj.: Hearsay | | 8/6 |
| JX025 | Email from T. Mathers to L. Morrissey, et al. re: Revised Disney draft, with attachments | | Pls.' Obj.: 602 Defs.' Obj.: 802 | | 8/12 |
| JX026 | Email from T. Mathers to L. Morrissey, et al. re: Revised Disney Agreement, with attachments | | Pls.' Obj.: 602 | | 8/6 |
| JX027 | Consumer Receptivity to New Sports Bundling Services | | Defs.' Obj: 802 | | 8/8 |
| JX028 | Updated JV Baseline Excel | | | | 8/8 |
| JX029 | OM 2024_Budget Media 0131_20240618 | | | | 8/12 |
| JX030 | Percent first views by Network Excel Spreadsheet | | | | 8/12 |
| JX031 | FUBO OM 2024_Budget Media 0131 JV Excel | | Defs.' Obj: 802 | | 8/12 |
| JX032 | Fubo Subscriber Comparison Excel | | | | 8/12 |
| JX033 | Email from D. Pietrycha to C. Kohl and A. Izaguirre re: Sports JV, with attachment | | Pls.' Obj.: Hearsay Defs. Obj.: 602, 802 | | 8/12 |
| JX034 | Email from A. Matts to D. Pietrycha re: Sports JV Subscriber Impact - CDG, with attachments | | Pls.' Obj.: Hearsay | | 8/12 |
| JX035 | Email from J. Zasowski to S. Breen re: In-Person - LRP/AOP and Distribution Strategy Discussion, with attachment | Pls.' Obj.: 901/902 | Pls.' Obj.: Hearsay | | 8/12 |
| JX036 | Email from S. Flood to S. Breen, et al. re: Fubo 6.30 Proposed Executive Summary, with attachment | | Pls.' Obj.: Hearsay | | 8/12 |
| JX037 | Email from R. Thapar to S. Breen re: can you send me the finished doc we were just reviewing, with attachment | | Pls.' Obj.: Hearsay | | 8/12 |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| JX038 | Email from J. Connolly to C. LaPlaca re: Charter IR deck, with attachment | | Pls.' Obj.: Hearsay | | 8/12 |
| JX039 | Email from S. Breen to J. Connolly re: Fubo 7/21 Proposal Summary, with attachment | | Pls.' Obj.: Hearsay | | 8/12 |
| JX040 | Email from S. Breen to J. Connolly re: Fubo Deal Announcement- Executive Summary, with attachment | | Pls.' Obj.: Hearsay | | 8/12 |
| JX041 | Email from J. Connolly to J. Landgraf re: notes, with attachments | | Pls.' Obj.: Hearsay | | 8/12 |
| JX042 | Email from J. Earley to A. Bergman, et al. re: Hulu Live + TV Carriage, with attachment | | Pls.' Obj.: Hearsay, 602 | | 8/12 |
| JX043 | Non-Binding Term Sheet | | | | 8/12 |
| JX044 | Flagship DTC Update Slide Deck | | | | 8/7 |
| JX045 | Joint Venture Term Sheet | | | | 8/7 |
| JX046 | ESPN 5-Year Plan - Corporate Preview Deck | | | | 8/7 |
| JX047 | Master MVPD License Agreement between TWDC and Altice | | | | 8/12 |
| JX048 | Master MVPD License Agreement between TWDC and Charter | | | | 8/12 |
| JX049 | Primary MVPD License Agreement between TWDC and Comcast | | | | 8/12 |
| JX050 | Master MVPD License Agreement between TWDC and Cox | | | | 8/12 |
| JX051 | Digital MVPD Affiliation License Agreement between TWDC and DirecTV | | | | 8/12 |
| JX052 | Digital MVPD Affiliation License Agreement between TWDC and Fubo | | | | 8/8 |
| JX053 | Digital MVPD Affiliation License Agreement between TWDC and Hulu | | | | 8/12 |
| JX054 | Master MVPD License Agreement between TWDC and Mediacom | | | | 8/12 |
| JX055 | Digital Affiliation License Agreement between TWDC and Google | | | | 8/12 |
| JX056 | Email from K. Shirley to J. Perrette, et al. re: Project Zenith: Initial research findings, with attachment | | Pls.' Obj.: Hearsay | | 8/9 |
| JX057 | Domestic Distribution & Ad Sales Deck | | Pls.' Obj.: Hearsay | | 8/12 |
| JX058 | Raptor Slide Deck | | Pls.' Obj.: Hearsay | | 8/9 |

3

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| JX059 | Project Raptor Overview Slide Deck | | Pls.' Obj.: Hearsay | | 8/9 |
| JX060 | Warner Bros. Discovery - Board Update: Streaming Deck | | Pls.' Obj.: Hearsay | | 8/12 |
| JX061 | The Walt Disney Company Q1 FY24 Earnings Conference Call | | Pls.' Obj.: Hearsay | | 8/12 |
| JX062 | Fubo Annual Report, 2022 | | | | 8/6 |
| JX063 | Fubo 2023 Annual Report | | | | 8/12 |
| JX064 | Declaration of Anthony Petitti in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction | | Pls.' Obj.: 802, 805 | | 8/9 |
| JX065 | Renewal Agreement | | | | 8/12 |
| JX066 | OTT Distribution Agreement | | | | 8/12 |
| JX067 | OTT Distribution Agreement | | | | 8/7 |
| JX068 | Renewal Agreement | | | | 8/7 |
| JX069 | Affiliate Agreement between fuboTV Inc. and Turner Network Sales, Inc. | | | | 8/12 |
| JX070 | Affiliate Agreement between fuboTV Inc. and Turner Network Sales, Inc. | | | | 8/9 |
| PX001 | DirecTV Slides titled: DirecTV Services, JV Channel Bundling Requirements, JV Channel Packaging Requirements on OTT, JV Channel Minimum Penetration and Required Packages on OTT, JV Partner Channels in Current DirecTV Packages Bundling + Packaging + Minimum Penetrations | 901 | 602; 802 | | |
| PX002 | DirecTV Slides titled: DirecTV Packaging "Then" and "Now," Programmers Dictate Packaging Uniformity, Multipronged Restrictions Perpetuate Oversize Bundles, Competitive Packaging Comparison, Evolution of OTT Packaging Constraints, Competitive Landscape | 901 | 602; 802 | | |
| PX003 | CX&Research, "Inflow/Outflow Research April Results" presentation (May 2024) | 901 | 602; 802; 805 | | |
| PX004 | CX&Research, "Inflow/Outflow Research January Results" presentation (Feb. 2024) | 901 | 602; 802; 805 | | |
| PX005 | CX&Research, "Inflow/Outflow Research March Results" presentation (Apr. 2024) | 901 | 602; 802; 805 | | |
| PX006 | EchoStar Viewership Analysis & Excess Cost Calculation (Apr. 17, 2024) | | 602; 1006 | | |
| PX007 | DISH, "Disney-FOX-WBD JV" presentation (Feb. 28, 2024) | | | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX008 | Email from A. LeCuyer to G. Schanman et al. re. talking points for potential conversation with Bruce | | | | |
| PX009 | Email from M. Oria to G. Schanman et al. re. Programming Update: DEMN/Fox/WBD Sports JV | | | | |
| PX010 | Email from J. Rosengard Hill to G. Schanman re. Impact of New Sports Streaming Service | | 802 | | |
| PX011 | Email from G. Schanman to H. Akhavan et al. re. Pending sports offering from programmers - to be announced on 2/6 | | | | |
| PX012 | Email from M. Cyran to B. Tauber et al. re. NFL Update | | | | |
| PX013 | Email from T. Wise to A. Ahmed et al. re. Video Services Weekly Staff Meeting | | Imaging problem at ECHO0003181-3182 | | |
| PX014 | Email from J. Lancer to S. Tomsic re. Call with SVR | | 602 | | |
| PX015 | Email from J. Nallen to J. Lancer et al. re. Marketing for Raptor | | 106 | | 8/7 |
| PX016 | Email from D. Espinosa to J. Lancer et al. re. Project Raptor - Preliminary IR / RP Q&A | | | | 8/12 |
| PX017 | Email from J. Nallen to D. Espinosa et al. re. Final Press Release | | 106 | | |
| PX018 | Email from D. Espinosa to D. Wong et al. re. Project Raptor | Fubo Seasonality | | | | 8/12 |
| PX019 | Email from P. Cheesbrough to J. Nallen et al. re. Raptor / Fox Sports | | | | 8/12 |
| PX020 | Email from J. Nallen to S. Tomsic et al. re. Raptor Business Plan November 13 vSent | | | | 8/12 |
| PX021 | Email from J. Nallen re. Raptor CEO Bonus Proposal | | | | |
| PX022 | Email from P. Cheesbrough to J. Nallen | | | | |
| PX023 | Email from P. Cheesbrough to J. Nallen et al. re. Zenith readout | | | | |
| PX024 | Email to S. Tomsic et al. re. A debate | | | | 8/7 |
| PX025 | Email from D. Espinosa to J. Lancer et al. re. Project Raptor - Preliminary IR / RP Q&A | | | | |
| PX026 | Email from D. Espinosa to J. Fang et al. re. Project Raptor - INTERNAL Talking Points | | | | 8/9 |
| PX027 | Email from P. Cheesbrough to J. Nallen et al. re. Fubo TV Deck | | | | |
| PX028 | Email from J. Lancer to T. Najera et al. re. Raptor | | 106 | | 8/12 |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX029 | Email from J. Nallen to B. Nick et al. re. Deadline:  ESPN is "A Great Product", Fox Corp. CFO Steve Tomsic Says, But It's Only "A Sliver of Sports" Given Fragmentation In U.S. Market | | 805 | | |
| PX030 | Affiliation Agreement between Fox Cable Network Services, LLC and CSC Holdings, LLC (Oct. 1, 2014) | | | | |
| PX031 | Amendment to Fox News Channel & Fox Business Network Affiliation Agreements between Fox News Network, L.L.C. and CSC Holdings, LLC (Oct. 1, 2014) | | | | |
| PX032 | Affiliation Agreement between Fox Cable Network Services, LLC, Fox News Network, L.L.C and Grande Communications Networks, LLC (Jan. 1, 2020) | | | | |
| PX033 | Affiliation Agreement between Fox Cable Network Services, LLC, Fox News Network, L.L.C and RCN Telecom Services, LLC (Jan. 1, 2020) | | | | |
| PX034 | Affiliation Agreement between Fox Cable Network Services, LLC, Fox News Network, L.L.C and Wave Division Holdings, LLC (Jan. 1, 2020) | | | | |
| PX035 | Affiliation Agreement between Fox Cable Network Services, LLC, Fox News Network, L.L.C and Spectrum Management Holding Company LLC (Oct. 16, 2019) | | | | |
| PX036 | Affiliation Agreement between Fox Cable Network Services, LLC, Fox News Network, L.L.C and Cox Communications, Inc. (Oct. 1, 2019) | | | | |
| PX037 | Amended and Restated Affiliation Agreement between Fox Cable Network Services, LLC and Hulu (Dec. 20, 2019) | | | | |
| PX038 | Affiliation Agreement between Fox Cable Network Services, LLC, Fox Television Holdings, Inc. and Mediacom LLC, Mediacom Broadband LLC (Apr. 1, 2014) | | | | |
| PX039 | First Amendment to Affiliation Agreement between Fox Cable Network Services, LLC, Fox Television Holdings, Inc. and Mediacom LLC, Mediacom Broadband LLC (Apr. 1, 2018) | | | | |
| PX040 | Second Amendment to Affiliation Agreement between Fox Cable Network Services, LLC, Fox Television Holdings, Inc. and Mediacom LLC, Mediacom Broadband LLC (Oct. 30, 2019) | | | | |
| PX041 | Global Master Affiliation Agreement between Fox Cable Network Services, LLC, Fox News Network, L.L.C and National Cable Television Cooperative, Inc. (Jan. 1, 2020) | | | | |
| PX042 | Amendment No. 1 to Affiliation Agreement between Fox Cable Network Service, LLC and Verizon Corporate Services Group, Inc. (Jan. 1, 2016) | | | | |

6

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX043 | Amendment No. 2 to the Affiliation Agreement between Fox Cable Network Services, LLC, Fox Television Holdings, LLC and Verizon Corporate Services Group, Inc. (Aug. 1, 2019) | | | | |
| PX044 | Amendment No. 3 to the Affiliation Agreement between Fox Cable Network Services, LLC, Fox News Network, L.L.C., Fox Television Holdings, LLC and Verizon Corporate Services Group, Inc. (Aug. 1, 2022) | | | | |
| PX045 | Second Amendment to Fox/YT Affiliation Agreement between Fox News Network, L.L.C., Fox Television Holdings, LLC, Fox Cable Networks Services, LLC, and Google Inc. (July 30, 2018) | | | | |
| PX046 | Affiliation Agreement between Fox Cable Network Services, LLC, Fox News Network, LLC, and Fox Television Holdings, LLC and Google Inc. (Dec. 17, 2016) | | | | |
| PX047 | Third Amendment to Fox/YT Affiliation Agreement between Fox News Network, L.L.C., Fox Television Holdings, LLC, Fox Cable Networks Services, LLC, and Google LLC (Nov. 30, 2018) | | | | |
| PX048 | Fourth Amendment to Fox/YT Affiliation Agreement between Fox News Network, L.L.C., Fox Television Holdings, LLC, Fox Cable Networks Services, LLC, and Google LLC (Aug. 30, 2019) | | | | |
| PX049 | Fifth Amendment to Fox/YT Affiliation Agreement between Fox News Network, L.L.C., Fox Television Holdings, LLC, Fox Cable Networks Services, LLC, and Google LLC (June 10, 2021) | | | | |
| PX050 | Email from D. Wong to R. Gottlieb et al. re. Raptor Research | | | | 8/9 |
| PX051 | Email from J. Nallen to L. Murdoch re. Talking points for Iger/Zaslav next week | | | | |
| PX052 | Email to S. Tomsic et al. re. Raptor call | | 106 | | 8/7 |
| PX053 | Email to J. Lancer et al. re. Raptor call | | 106 | | 8/7 |
| PX054 | Email from J. Nallen to D. Espinosa et al. re. Raptor Covered Distributor | | | | |
| PX055 | Email from J. Lancer to A. Reiss et al. re. Raptor - Kicker Arguments | | | | 8/12 |
| PX056 | Email from L. Murdoch to J. Nallen et al. re. Directv | | | | |
| PX057 | Email from M. Mulvihill to E. Shanks re. FOX-ESPN Consumption | | 602 | | |
| PX058 | Email from E. Shanks to J. Lancer et al. re. Branding deck | | | | |
| PX059 | CY 2023 Telecast Counts on Nielsen Nationally Measured Entities (May 8, 2024) | | 602 | | 8/9 |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX060 | Direct Message between A. Croxson, J. Lancer, and M. Park | | 602; 802 | | |
| PX061 | Direct Message between D. Wong and B. O'Neal | | 602; 802 | | |
| PX062 | Direct Message between BJ Elias and D. Espinosa | | | | |
| PX063 | Email from J. Lancer to T. Najera et al. re. copy for the drive | | | | 8/12 |
| PX064 | Email from E. Shanks to J. Lancer et al. re. Branding deck | | | | 8/12 |
| PX065 | Email from T. Najera to A. Reiss et al. re. Project Raptor Overview Materials | | | | 8/12 |
| PX066 | Email from J. Lancer to A. Reiss et al. re. Raptor - Kicker Arguments | | | | 8/12 |
| PX067 | Email from J. Nallen to J. Lancer et al. re. Project Raptor:  OOC Approval Request [Approval Requested] | | | | 8/12 |
| PX068 | Email from P. Cheesbrough to L. Murdoch et al. re. Zenith Research Headlines and Deck | | | | 8/12 |
| PX069 | Employment Agreement between Fox Cable Network Services, LLC and Pete Distad (March 15, 2024) | | 602 | | 8/12 |
| PX070 | Email from D. Espinosa to A. Reiss re. Raptor proposed Hulu distribution | | 106 | | |
| PX071 | Email to B. Nick et al. re. Raptor release | | 106 | | |
| PX072 | Email from J. Lutzky to D. Espinosa et al. re. Updated Budget Presentation | | | | |
| PX073 | Email from C. Lebowitz to D. Espinosa et al. re. Risks & Opportunities Budget Slide | | | | |
| PX074 | Email from M. Mulvihill to E. Shanks re. Project Raptor | Preliminary Governance + Structural Considerations | | 602 | | |
| PX075 | Fox, "Project Raptor OOC Approval Request" presentation (Jan. 2024) | | | | |
| PX076 | Fox, "Project Raptor OOC Approval Request" presentation (Jan. 2024) | | | | |
| PX077 | Email from P. Cheesbrough to L. Murdoch et al. re. Summary of Raptor Plan and Risks | | | | |
| PX078 | Email from S. Tomsic to L. Murdoch et al. re. Board Slides | | | | |
| PX079 | Email from S. Tomsic to J. Nallen re. Raptor | | | | 8/7 |
| PX080 | Email from S. Tomsic to L. Murdoch et al. re. Board Slides | | | | |
| PX081 | Message forwarding Fox MMM Materials (July 24, 2023) | | | | 8/7 |
| PX082 | Email from J. Lancer to J. Nallen et al. re. Raptor Model Discussion | | | | |
| PX083 | Email from J. Lancer to J. Nallen et al. re. Raptor Release | | | | |
| PX084 | Email from G. Brown to L. Murdoch et al. re. Q2 Fiscal 2024 Executive Pack | | | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX085 | Email from J. Lancer to J. Nallen et al. re: Raptor Strategic Considerations | | | | |
| PX086 | Email from M. Mulvihill to P. Distad re: 2023 Sports Consumption Summary | | | | 8/9 |
| PX087 | Consumption summary FOX-Disney-Turner | | | | 8/12 |
| PX088 | Venu presentation (July 1, 2024) | | | | 8/12 |
| PX089 | Venu, "Venu Marketing Launch Strategy" presentation (July 15, 2024) | | 602 | | 8/9 |
| PX090 | Venu advertisement (July 19, 2024) | | 106; 602 | | |
| PX091 | BA Viewership Pulls for Legal - Privileged and Confidential (Exhibit 9 to the Expert Declaration of Jonathan Orszag in Support of Fubo's Motion for Preliminary Injunction) | | 602 | | |
| PX092 | Digital MVPD Affiliation License Agreement between FuboTV Media Inc. and Disney Affiliates (Aug. 1, 2023) (Exhibit 10 to the Expert Declaration of Jonathan Orszag in Support of Fubo's Motion for Preliminary Injunction) | | | | |
| PX093 | Affiliation Agreement between fuboTV, Inc. and Fox Cable Network Services, LLC and Affiliates (Nov. 15, 2016) (Exhibit 11 to the Expert Declaration of Jonathan Orszag (Part 1) in Support of Fubo's Motion for Preliminary Injunction) | | 106 | | |
| PX094 | Fox Corporation, "Fox Corporation Company Conference Presentation," at Morgan Stanley Technology, Media & Telecom Conference (Mar. 4, 2024) (Exhibit 12 to the Expert Declaration of Jonathan Orszag in Support of Fubo's Motion for Preliminary Injunction) | | | | |
| PX095 | Fox Corporation, "2022 Q1 Earnings Conference Call Transcript" (Nov. 3, 2021) (Exhibit 13 to the Expert Declaration of Jonathan Orszag in Support of Fubo's Motion for Preliminary Injunction) | | | | |
| PX096 | Warner Bros. Discovery, Inc., "2022 Q3 Earnings Conference Call Transcript" (Nov. 3, 2022) (Exhibit 14 to the Expert Declaration of Jonathan Orszag in Support of Fubo's Motion for Preliminary Injunction) | | | | |
| PX097 | Fox Corporation, "2024 Q2 Earnings Conference Call Transcript" (Feb. 7, 2024) (Exhibit 15 to the Expert Declaration of Jonathan Orszag in Support of Fubo's Motion for Preliminary Injunction) | | | | |
| PX098 | Warner Bros. Discovery, Inc., "2023 Q4 Earnings Conference Call Transcript" (Feb. 23, 2024) (Exhibit 16 to the Expert Declaration of Jonathan Orszag in Support of Fubo's Motion for Preliminary Injunction) | | | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX099 | Digital MVPD Affiliation License Agreement between fuboTV Media Inc. and Disney Affiliates (Aug. 1, 2023) (Exhibit 10 to the Expert Declaration of James Trautman in Support of Fubo's Motion for Preliminary Injunction) | | | | |
| PX100 | Fubo, "US-English Total Channels Watched" (2023) (Exhibit 11 to the Expert Declaration of James Trautman in Support of Fubo's Motion for Preliminary Injunction) | | | | |
| PX101 | Second Amendment to Affiliation Agreement between fuboTV Media, Inc. and Fox Affiliates (Dec. 1, 2021) (Exhibit 17 to the Expert Declaration of James Trautman in Support of Fubo's Motion for Preliminary Injunction) | | | | |
| PX102 | Declaration of David Gandler in Support of Fubo's Motion for Preliminary Injunction (Apr. 8, 2024) | | | | 8/6 |
| PX103 | Declaration of Jon Janedis in Support of Fubo's Motion for Preliminary Injunction (Apr. 8, 2024) | | | | |
| PX104 | Fubo, "Summary: Estimated Impact of JV on Streaming Business" (Apr. 3, 2024) (Exhibit 1 to the Declaration of Jon Janedis in Support of Fubo's Motion for Preliminary Injunction) | | | | 8/8 |
| PX105 | Declaration of Todd Mathers in Support of Fubo's Motion for Preliminary Injunction (Apr. 8, 2024) | | 802; 805 | | |
| PX106 | Digital MVPD Affiliation License Agreement between fuboTV Inc. and Disney Affiliates (Aug. 1, 2023) (Exhibit 2 to the Declaration of Todd Mathers in Support of Fubo's Motion for Preliminary Injunction) | | | | |
| PX107 | Affiliation Agreement between fuboTV Inc. and Fox Affiliates (Nov. 15, 2016), Part 1 of 3 (Exhibit 3 to the Declaration of Todd Mathers (Part 1) in Support of Fubo's Motion for Preliminary Injunction) | | | | |
| PX108 | Affiliation Agreement between fuboTV Inc. and Fox Affiliates (Nov. 15, 2016), Part 2 of 3 (Exhibit 3 to the Declaration of Todd Mathers (Part 2) in Support of Fubo's Motion for Preliminary Injunction | | | | |
| PX109 | Affiliation Agreement between fuboTV Inc. and Fox Affiliates (Nov. 15, 2016), Part 3 of 3 (Exhibit 3 to the Declaration of Todd Mathers (Part 3) in Support of Fubo's Motion for Preliminary Injunction) | | | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX110 | Amendment to Affiliation Agreement between fuboTV, Inc. and Fox Affiliates (Dec. 31, 2019) (Exhibit 4 to the Declaration of Todd Mathers in Support of Fubo's Motion for Preliminary Injunction) | | | | |
| PX111 | Second Amendment to Affiliation Agreement between fuboTV Media, Inc. (fuboTV, Inc affiliate) and Fox Affiliates (Dec. 1, 2021) (Exhibit 5 to the Declaration of Todd Mathers in Support of Fubo's Motion for Preliminary Injunction) | | | | |
| PX112 | Intentionally Omitted | | | | |
| PX113 | Intentionally Omitted | | | | |
| PX114 | Email from T. Mathers to S. Miller re. Renewal (Exhibit 8 to the Declaration of Todd Mathers in Support of Fubo's Motion for Preliminary Injunction) | | 106; 802; 805 | | |
| PX115 | Email from S. Flood to T. Mathers et al. re. Revised Disney draft (Exhibit 9 to the Declaration of Todd Mathers in Support of Fubo's Motion for Preliminary Injunction) | | 106; 802 | | |
| PX116 | Declaration of Gary Schanman in Support of Fubo's Motion for Preliminary Injunction (Apr. 5, 2024) | | | | 8/7 |
| PX117 | Declaration of Robert Thun in Support of Fubo's Motion for Preliminary Injunction (Apr. 5, 2024) | | 602; 802 | | |
| PX118 | Fubo, "2024 Global Stream Budget Review" presentation (Jan. 31, 2024) | | | | |
| PX119 | fuboTV Inc. "Action by Unanimous Written Consent of the Board of Directors" (Feb. 7, 2024) | | 401/402 | | |
| PX120 | Fubo Subscriber Margins (US English) | | | | |
| PX121 | Aluma Insights, "Aluma: The New Disney-Fox-WBD Sports Bundle Could Put a Dent in Pay-TV Subscriptions" (2024) | | 802 | | |
| PX122 | Aluma, "Consumer Receptivity to New Sports Bundling Services: ESPN D2C Streaming & the Disney-Fox-WBD Bundle" (Apr. 2024) | | 602; 802; 805 | | |
| PX123 | David Satin, "Young Viewers Expected to Flock to Venu Sports in What Could Be Sports Broadcasting Tipping Point," The Streamable (May 29, 2024) | | 802 | | |
| PX124 | Email from T. Mathers to A. Horihuela re. Connecting | | 802 | | |
| PX125 | Email from T. Mathers to P. O'Connell et al. re. New rights | | 802; 805 | | |
| PX126 | Email from J. Sweetwood to S. Marchesano et al. re. Updated Overview Deck | | 802 | | |
| PX127 | Email from S. Breen to T. Mathers re. renewal | | | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX128 | Email from T. Mathers to L. Morrissey et al. re. New rights | | 802; 805 | | |
| PX129 | Email from A. Padte to J. Janedis re. Bridge to Profitability / Operational Metrics - Draft for review | | | | |
| PX130 | Renewal Agreement between fuboTV Media Inc. and Warner Bros. Discovery affiliates (Jan. 1, 2022) | | | | |
| PX131 | Email from T. Mathers to P. O'Connell et al. re. Disney open issues list | | | | 8/6 |
| PX132 | Email from P. O'Connell to T. Mathers et al. re. Disney open issues list | | | | |
| PX133 | Email from T. Mathers to E. Hunter et al. re. Disney open issues list | | | | |
| PX134 | Email from S. Flood to T. Mathers et al. re. Revised Disney draft | | 106; 802 | | 8/6 |
| PX135 | Email from S. Flood to T. Mathers et al. re. Revised Disney Agreement | | 106 | | 8/6 |
| PX136 | Email from P. O'Connell to T. Mathers et al. re. Disney Discussion Topics | | | | |
| PX137 | Email from T. Mathers to S. Miller re. Renewal | | 106; 802; 805 | | |
| PX138 | Email from A. Sternberg to Fubo General Assembly re. Post Q3 Analyst Feedback and Reports Published | | 602; 802; 805 | | 8/12 |
| PX139 | Affilation Agreement between Fox Cable Network Services, Fox News Network, LLC, Fox Television Holdings, and fuboTV, Inc. (Nov. 15, 2016) | | | | |
| PX140 | First Amendment to Affiliate Agreement between Turner Network Sales, Inc. and fuboTV Inc. (Dec. 21, 2018) | | | | |
| PX141 | Marketing Finance Monthly Model | | | | |
| PX142 | First Views by Network spreadsheet | | | | |
| PX143 | Percent First Views by Network | | | | |
| PX144 | Email from J. Connolly to D. Fox re. Zoom: Justin Connolly (Disney) <> David Gandler (Fubo) | | | | |
| PX145 | Email from M. Maggs to D. Gandler re. DG Tomorrow - Thursday, January 25 | | | | |
| PX146 | Email from J. Braccino to M. Anoshin re. Avg rev per employee | | 802 | | |
| PX147 | 2023 Conversions by campaign type Google Paid Ads | | | | 8/12 |
| PX148 | First Views by Network | | | | |
| PX149 | The Fubo Subscriber | | 802 | | |
| PX150 | Fubo Demographics (US) | | 802 | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX151 | First Views by Station Genre and First Views by Station Genre (%) | | 802 | | |
| PX152 | Survey responses spreadsheet | | 802 | | 8/12 |
| PX153 | What streaming services do you pay for? | | 802 | | |
| PX154 | Trial First Views - Last 12M | | | | 8/12 |
| PX155 | Retention Curves by Year - Updated thru May 2024 (US English) | | | | |
| PX156 | Response summary: prior to subscribing to Fubo were you a cable customer and were you ever a cable customer | | 802 | | |
| PX157 | Sub Projections and Real Subs | | | | |
| PX158 | YOY Fubo Churned Customers SOW by Competitor | | 602 | | |
| PX159 | fubo Ad Index February 2024 | | | | |
| PX160 | Fubo - Custom Insight 2023 Complete Data | | | | |
| PX161 | fubo + Cardlytics:  Dec. '23 - Feb. '24 Campaign Performance Review, Q1 Ad Index Refresh & Insights Timeline | | 602 | | |
| PX162 | Latino + Ultimate Package Customer Insights | | 602 | | |
| PX163 | Cancelation reasons spreadsheet | | 802 | | |
| PX164 | Responses spreadsheet | | 802 | | |
| PX165 | Responses spreadsheet | | 802 | | |
| PX166 | Please tell us why you decided to end your fuboTV subscription | | 802 | | |
| PX167 | Please tell us why you decided to end your fuboTV subscription | | 802 | | |
| PX168 | FUBO OM 2024 Budget Media JV low | | 802 | | |
| PX169 | Hours by station | | | | |
| PX170 | ABC Broadcast Programs Mapped to Primary Genre Group (7/1/23-6/30/24) | | | | 8/12 |
| PX171 | Conversion % by Primary Genre First View | | | | |
| PX172 | Fox Broadcast Programs Mapped to Primary Genre Group (7/1/23-6/30/24) | | | | 8/12 |
| PX173 | Sports FV by Station | | | | 8/12 |
| PX174 | New Subs by Trial Type - US English Plans | | | | |
| PX175 | Email from J. Glassel to D. Gandler et al. re. FOX Sports/FuboTV: potential partnership | | FRCP 37(c) | | |
| PX176 | Email from D. Gandler to S. Brennan et al. re. FuboTV:  Thank you | | FRCP 37(c) | | 8/6 |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX177 | Email from J. Glassel to D. Gandler et al. re. In LA 28th-30th | | FRCP 37(c) | | |
| PX178 | Email from J. Fang to D. Gandler re. Fubo | | FRCP 37(c) | | 8/6 |
| PX179 | Sum of longest views | | 602 | | 8/12 |
| PX180 | Raw Search Campaign Data | | 602 | | |
| PX181 | September 2023 Broadcaster Report (English Plans Only - Non-Brand Only - No Latino/Canada Campaigns) | | 602 | | |
| PX182 | Email from B. Grad to P. O'Connell re. SEMN / fubo proposal | | | | 8/7 |
| PX183 | Email from S. Flood to B. Grad et al. re. Updated Proposal 3-13-18 | | | | 8/7 |
| PX184 | FuboTV DMVPD Service Proposal draft | | | | |
| PX185 | Response Summary:  prior to subscribing to Fubo were you a cable customer and Were you ever a cable customer | | 602; 802 | | |
| PX186 | Responses spreadsheet | | 602; 802 | | |
| PX187 | Affiliate Agreement between Turner Network Sales, Inc. and fuboTV Inc. (Aug. 17, 2018) | | | | |
| PX188 | Email from P. O'Connell to B. Grad et al. re. FuboTV (FXNG Networks) Term Sheet 11/22/1 | | | | |
| PX189 | Amendment to Affiliation Agreement between Fox Cable Network Services, Fox News Network, LLC, Fox Television Holdings, and fuboTV, Inc. (Dec. 31, 2019) | | FRCP 37(c) | | |
| PX190 | Digital MVPD Affiliation License Agreement between fuboTV Inc. and Disney Affiliates (June 24, 2020) | | | | 8/12 |
| PX191 | Second Amendment to Affiliation Agreement between Fox Cable Network Services, Fox News Network, LLC, Fox Television Holdings, LLC and fuboTV, Inc. (Dec. 1, 2021) | | FRCP 37(c) | | 8/12 |
| PX192 | Digital MVPD Affiliation License Agreement between fuboTV Media Inc. and Disney Affiliates (Aug. 1, 2023) | | | | 8/6 |
| PX193 | Rate By Channel - 2024 FUBO versus Defendants "Kagan + 30%" Modeled Rate | | 602; 802 | | |
| PX194 | Orszag New Exhibit | | 106; 602; 802 | | |
| PX195 | Responses spreadsheet | | 602; 802 | | |
| PX196 | Response Summary:  Aside from Fubo, how many streaming services do you use? | | 602; 802 | | |
| PX197 | Response Summary:  What streaming services do you pay for? | | 602; 802 | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX198 | Response Summary:  What other streaming services do you currently use that you don't pay for but have access to? | | 602; 802 | | |
| PX199 | Response Summary:  What about Fubo appeals to you most? | | 602; 802 | | |
| PX200 | Response Summary:  In addition to your Fubo subscriptions, do you subscribe to any other cable or satellite tv services?  and If yes, which one? | | 602; 802 | | |
| PX201 | 2022 - 1Q24 Content Expense & Viewership for US-Eng-Base | | 602 | | |
| PX202 | ESPN - Fox News - FX Channel Ad Revenue per Hour Viewed | | 602 | | |
| PX203 | Trials and Top Shows - 10 Minute Intervals | | 602 | | 8/12 |
| PX204 | Horowitz, State of Media, Entertainment, and Tech Volume II:  Viewing Behaviors 2024 Edition | | 802 | | 8/8 |
| PX205 | Google slide titled: "NewCo JV will contain all providers' premier sports networks and is expected to cost $40-50 /month; publicly stated launch: Aug '24" | 901 | 106; 602; 802 | | |
| PX206 | Google presentation titled: "NewCo JV - YT workstreams" | 901 | 106; 602; 802 | | |
| PX207 | Google staff L. Conkling et al., "Disney/WBD/Fox Sports Streaming Announcement Briefing" | 901 | 602; 802 | | |
| PX208 | Google staff A. Shorey & A. Newman, "Implications for Google: ESPN (Disney), Warner Bros. Discovery and Fox JV Streaming-Sports Service," (Apr. 30, 2024) | 901 | 602; 802 | | |
| PX209 | Email from S. Mannapperuma to C. Orski et al. re. Deck for CFO Meeting - February 8, 2024 | | 602; 802 | | |
| PX210 | Email from D. Pietrycha to M. Schnaars et al. re. Sports JV | | 602; 802 | | |
| PX211 | Email from C. Kohl to D. Arya et al. re. Sports Rights Contribution Analysis | | 602; 802 | | 8/8 |
| PX212 | Email from C. Kilgore to A. Kini et al. re. Might be obvious | | 602; 802 | | |
| PX213 | Email from D. Arya to C. Kilgore et al. re. 2 quick turn-around items | | 602; 802 | | |
| PX214 | Email from M. Valkosky to A. Kini et al. re. Update on GRP Dataset | | 602; 802 | | |
| PX215 | Email from S. Beltrame to D. DAmico et al. | | 602; 802 | | |
| PX216 | Email from A. Kini to M. Valkosky et al. re. Ask for some Sports customer data | | 602; 802 | | 8/9 |
| PX217 | Email from S. Beltrame to D. Arya et al. re. Sports JV - Pay TV TAM Draft | | 602; 802 | | |
| PX218 | Email from D. DAmico to D. Arya et al. re. Sports JV - Pay TV TAM | | 602; 802 | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX219 | Email from J. Zasowski to J. Connolly et al. re. Verizon tech / production services in-kind value | | 802; 805 | | |
| PX220 | Email from J. Connolly to S. Breen et al. re. Raptor | | | | 8/12 |
| PX221 | Email from S. Flood to S. Breen et al. re. Fubo | | | | |
| PX222 | Email from J. Connolly to S. Breen re. Verizon / Fubo Feedback | | 802 | | |
| PX223 | Email from S. Breen to P. O'Connell et al. re. Fubo fully executed | | | | |
| PX224 | Email from J. Connolly to S. Breen et al. re. FY24 LRP | PD Exec Assumption Check-in (Affiliate) | | | | |
| PX225 | Email from P. Garrison to S. Breen et al. re. Question: Project Raptor Rev Share | | | | |
| PX226 | Email from J. Lee to S. Breen et al. re. ESPN+ Blackout Solution - Content Gating by Provider | | | | |
| PX227 | Email from J. Zasowski to S. Breen et al. re. VZ/DTV Renewal - Point Counterpoint deck | | | | |
| PX228 | Email from P. Garrison to J. Warbrooke et al. re. Raptor Rate Compare | | | | |
| PX229 | Email from J. Connolly to S. Breen et al. re. FY24 LRP Renewals - Verizon, DTV, Google - Latest Materials | | | | |
| PX230 | Email from N. Suh to J. Zasowski et al. re. VZ and DirecTV Renewals | | | | |
| PX231 | Email from R. Blood to S. Breen re. Point Counter Point | | | | |
| PX232 | Email from S. Breen to S. Breen re. FY24 LRP Renewals 040124 10PM ET (4).pptx | | | | |
| PX233 | Email from S. Breen to S. Breen re. FY24 LRP Renewals - Verizon, DTV, Google - Latest Materials | | | | |
| PX234 | Email from S. Breen to S. Breen re. (D)MVPD Renewal - - updated slides | | | | |
| PX235 | Email from C. Aguiar to J. Connolly re. Importance of ESPN nets to a sports-focused streaming service | | | | |
| PX236 | Email from J. Warbrooke to J. Zasowski et al. re. VC: Amazon / Google Strategic Thoughts | | | | 8/9 |
| PX237 | Email from R. Langer to J. Connolly re. On sports and ESPN | | 401/402; 802 | | |
| PX238 | Email from J. Connolly to B. Magnus et al. re. Fox meeting | | | | 8/7 |
| PX239 | Email from J. Warbrooke to J. Pitaro et al. re. Amazon pres | | | | |
| PX240 | Email from J. Pitaro to J. Pitaro re. First NBA question for panel | | | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX241 | Email from J. Pitaro to J. Pitaro re. Churn NBA question | | | | |
| PX242 | Email from J. Pitaro to J. Pitaro re. Talking points on Raptor | | | | |
| PX243 | Email from J. Pitaro to R. Ferro et al. re. U.S. Sports Rights Breakdown | | 403 | | |
| PX244 | Email from J. Pitaro to C. Aguiar et al. re. Board Approval for Sports Rights Agreements | | | | |
| PX245 | Email from J. Pitaro to C. Aguiar re. Pre-read materials for the February board meeting - ESPN | | | | |
| PX246 | Email from J. Pitaro to C. Aguiar et al. re. Raptor Update | | 602; 802 | | 8/6 |
| PX247 | Email from J. Pitaro to K. Mayer re. Turner | | | | |
| PX248 | Email from J. Pitaro to A. Quadrani re. Disney: Is a Less Profitable Future Inevitable at ESPN? | | 802 | | |
| PX249 | Email from B. Boyle to J. Pitaro et al. re. 2024 5YP Kick-off Meeting - Sports | | | | |
| PX250 | Email from J. Pitaro to J. Pitaro re. My staff | | | | |
| PX251 | Email from C. Aguiar to J. Pitaro re. Raptor | | | | |
| PX252 | Email from J. Pitaro to J. Warbrooke et al. re. raptor | | | | |
| PX253 | Email from J. Warbrooke to J. Pitaro et al. re. Raptor / Sports DMVPD update | | | | 8/7 |
| PX254 | Email from K. Jacobsen to J. Warbrooke et al. re. VC:  Project Raptor - Modeling Follow-Up | | | | |
| PX255 | Email from C. Aguiar to T. Bayus et al. re. Business Model with Falcon Scenarios | | | | 8/12 |
| PX256 | Email from J. Pitaro to J. Connolly et al. re. Verizon tech / production services in-kind value | | 802; 805 | | |
| PX257 | Email From P. Garrison to J. Warbrooke et al. re. Project Evolution - Latest deck and backup | | | | 8/12 |
| PX258 | Email from J. Warbrooke to P. Garrison et al. re. Raptor - Modeling Follow-Up | | 602 | | |
| PX259 | Email from S. Breen to J. Warbrooke et al. re. MFN discussion | | | | |
| PX260 | Email from J. Warbrooke to P. Garrison et al. re. Raptor Rate Compare | | | | |
| PX261 | ESPN, "ESPN-Fox Pricing Conjoint" presentation (Aug. 2023) | | 106; 802; 805 | | 8/7 |
| PX262 | License Agreement between DISH Network L.L.C. and Disney Affiliates (Nov. 23, 2022) | | | | |
| PX263 | Email from J. Zasowski to J. Connolly et al. re. ESPN / Fox Compare | | | | |
| PX264 | Email from J. Connolly to D. O'Connell re. Final Raptor Docs | | | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX265 | Email from K. Lansberry to R. Bay et al. re. Project Evolution Pre-Read materials | | | | |
| PX266 | Email from C. Robertson to H. Johnston et al. re. Earnings Materials | | 602 | | |
| PX267 | Email from J. Pitaro to R. Bay et al re. PULSE:  Media & Entertainment:  Disney-Fox-WBD Create New Sports-First Streaming Venture, Product Coming Fall 2024 | | 602; 802 | | |
| PX268 | Email from J. Pitaro to C. Aguiar re. Roger Goodell Call | | 401/402; 403; 802 | | 8/7 |
| PX269 | Email from J. Pitaro to R. Bay et al. re. ESPN Board decks | | | | 8/7 |
| PX270 | Email from J. Pitaro to C. Aguiar re. Bristol Trip - Agenda and Pre-Reads | | | | 8/12 |
| PX271 | Email from J. Warbrooke to J. Pitaro et al. re. NFL follow up | | | | |
| PX272 | The Walt Disney Company, "Board of Directors Strategic Initiatives Briefing" (Feb. 2024) | | | | 8/12 |
| PX273 | Email From K. Uhrle to J. Kapenstein et al. re. Project Evolution - Key next steps | | | | |
| PX274 | Email from M. Borrero to J. Warbrooke et al. re. Project Neptune | Discussion | | 106 | | 8/12 |
| PX275 | Email from J. Kapenstein to J. Warbrooke et al. re. Raptor - research | | | | 8/12 |
| PX276 | Email from K. Mayer to J. Warbrooke et al. re. 230819 Privileged and Confidential -- Project Evolution Discussion Materials | | | | 8/12 |
| PX277 | Email from L. Keiling to C. Aguiar et al. re. FOX | | | | |
| PX278 | Raptor Study Simulator (Aug. 22, 2023) | | 106; 602 | | |
| PX279 | Email from P. Garrison to J. Warbrooke et al. re. Raptor Partnership considerations | | | | 8/12 |
| PX280 | Disney, "Strategic Initiatives Briefing" presentation (Jan. 18, 2024) | | | | |
| PX281 | Altman Solon, "Project Zenith Discussion Materials" presentation (Aug. 16, 2023) | | | | 8/12 |
| PX282 | Warner Bros. Discovery, "Raptor" presentation (Jan. 31, 2024) | | | | |
| PX283 | Email to C. McAllister et al. re. Project Raptor | Business Model Comments | | | | |
| PX284 | Email from J. Walker to C. McAllister et al. re. Raptor pgs for DZ | | | | |
| PX285 | Email from B. Campbell to JB Perrette et al. re. ESPN | | | | |
| PX286 | Email from B. Campbell to J. Nallen et al. re. Please Read:  Project Raptor - Remaining Open Term Sheet Issues | | | | 8/7 |
| PX287 | Email from B. Campbell to D. Fox re. Raptor: Loss of NBA Rights (Disney Proposal) | | | | |
| PX288 | Email from D. Fox to B. Campbell re. Raptor Noncompete Issue | | | | 8/12 |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX289 | Joint Venture Term Sheet between Fox Sports Holdings, LLC, WarnerMedia Direct, LLC, and ESPN, Inc. (May 29, 2024) | | | | 8/12 |
| PX290 | Email to G. Wiedenfels et al. re. Raptor Materials | | | | 8/9 |
| PX291 | Email from D. Fox to J. Warbrooke et al. re. Business Model Overview Pages | | | | |
| PX292 | Email from D. Fox to C. Aguiar re. Business Model with Falcon Scenarios | | | | |
| PX293 | Email to B. Campbell re. fubo | | | | |
| PX294 | Email from S. Miller to M. Diaz et al. re. NBS Follow-Up | | | | |
| PX295 | Email from K. Clark to S. Miller et al. re. Zenith Project Sync / Distribution | | | | |
| PX296 | Email from B. Bryant to S. Miller et al. re. CNN Business: Live sports is migrating to streaming, taking with it a superpower of the cable TV bundle | | | | |
| PX297 | Email from R. Golomb to D. Barnes et al. re. Raptor | | | | |
| PX298 | Email from K. Clark to S. Miller et al. | | | | |
| PX299 | Email from S. Bergman to S. Miller et al. re. DTV Lunch | | 401/402 | | |
| PX300 | Email to S. Miller re. QBR Slides | | | | |
| PX301 | Email from B. Bryant to S. Miller re. Raptor Release timing | | | | |
| PX302 | Email from S. Miller to S. Duncan et al. re. Fubo | | | | |
| PX303 | Email from S. Miller to B. Campbell re. NBA Review:  Distribution Follow-Up | | | | |
| PX304 | Email from JB Perrette to B. Campbell et al. re. Confidential: Revised draft Raptor release | | | | |
| PX305 | Email from D. Fox to B. Campbell re. Project Raptor | | | | |
| PX306 | Email from B. Campbell to S. Miller re. fubo | | | | |
| PX307 | Email from S. Miller to B. Campbell re. Fubo - Intel | | | | |
| PX308 | Email from B. Campbell to S. Miller re. Charter - Draft Summary | | | | |
| PX309 | Email from P. Lee to B. Campbell et al. re. Lachlan said Sports JV business plan is for 5M subs within 5 years | | | | |
| PX310 | Email from B. Campbell to S. Miller et al. re. Renewal | | | | 8/9 |
| PX311 | Email from L. Silberwasser to B. Campbell re. Product - Raptor | | | | |
| PX312 | Email from P. Distad to B. Campbell et al. re. Follow-up from this mornings meeting | | | | |
| PX313 | Email from B. Campbell to F. Merchant et al. re. Privileged and Confidential:  Pending Announcement Regarding Project Raptor (Sports JV) | | | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX314 | Email from B. Campbell to S. Miller re. fuboTV | | | | |
| PX315 | Email from D. Fox to B. Campbell et al. re. Raptor Strawman Marketing Commitments | | | | |
| PX316 | Email from S. Miller to B. Campbell re. Next steps | | | | |
| PX317 | Email from S. Miller to B. Campbell re. Fubo 2Q'23 Earnings Summary - 8/4/23 | | | | |
| PX318 | Email from B. Campbell to S. Miller re. 1-Pager on Scope/Focus | | | | |
| PX319 | Email from D. Fox to B. Campbell re. Raptor Deck | | | | |
| PX320 | Email from S. Miller to B. Campbell re. Raptor | | | | |
| PX321 | Email from C. McAllister to B. Campbell et al. re. Zenith Research & Financial Impact | | | | |
| PX322 | Email from S. Bisaria to B. Campbell et al. re. BC & GW : Strat Planning/LRP | | | | |
| PX323 | Email from C. McAllister to B. Campbell et al. re. Raptor pgs for DZ | | | | |
| PX324 | Warner Bros. Discovery, "Raptor" presentation (Jan. 31, 2024) | | | | |
| PX325 | Warner Bros. Discovery, "WBD Sports - Board of Directors Update" presentation (Aug. 2023) | | | | 8/9 |
| PX326 | Affiliate Agreement between WarnerMedia Network Sales, Inc. and Cox Communications (July 21, 2023) | | 401/402 | | |
| PX327 | Affiliate Agreement between WarnerMedia Network Sales, Inc. and National Cable Television Cooperative, Inc. (May 1, 2023) | | 401/402 | | |
| PX328 | Affiliate Agreement between WarnerMedia Network Sales, Inc. and Hulu, LLC (Dec. 19, 2022) | | 401/402 | | |
| PX329 | DMVPD Distribution Agreement between Discovery and Hulu, LLC (Dec. 19, 2022) | | 401/402 | | |
| PX330 | DMVPD Distribution Agreement between Scripps and Hulu, LLC (Dec. 19, 2022) | | 401/402 | | |
| PX331 | Affiliate Agreement between Scripps Networks, LLC and WarnerMedia Network Sales, Inc. (Dec. 1, 2022) | | 401/402 | | |
| PX332 | Affiliation Agreement between Warnermedia Network Sales, Inc. (f.k.a. Turner Network Sales, Inc.) and DISH Network L.L.C. (Nov. 12, 2021) | | 401/402 | | |
| PX333 | Affiliate Agreement between WarnerMedia Network Sales, Inc. and DirecTV, LLC (Oct. 9, 2020) | | 401/402 | | |
| PX334 | NASDAQ, fuboTV Inc. Common Stock (FUBO) Historical Data (July 22, 2023) | | | | 8/12 |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX335 | The Walt Disney Company, "2024 Notice of Annual Meeting of Shareholders and Proxy Statement" (Feb. 1, 2024) | | | | 8/12 |
| PX336 | The Walt Disney Company, "Q1 FY24 Earnings Conference Call" (Feb. 7, 2024) | | | | 8/12 |
| PX337 | The Walt Disney Company, "3rd Annual MoffettNathanson Media and Communications Summit" (May 18, 2016) | | | | 8/9 |
| PX338 | DealBook Summit, "2023 Bob Iger Interview" (Nov. 30, 2023) | | | | 8/12 |
| PX339 | Disney Privilege Log (June 21, 2024) | | 401/402; 602 | | |
| PX340 | Fox Privilege Log (June 21, 2024) | | 401/402; 403 | | |
| PX341 | WBD Privilege Log (June 21, 2024) | | 401/402; 602 | | |
| PX342 | Disney Amended Privilege Log (July 12, 2024) | | 401/402; 602 | | |
| PX343 | Fox Amended Privilege Log (July 12, 2024) | | 401/402; 403 | | |
| PX344 | Fubo Shareholder Letter (May 11, 2021) | | | | |
| PX345 | Fubo Q1 2021 Earnings Webcast (May 12, 2021) | | 802 | | |
| PX346 | Fubo Q1 2021 Quarterly Filing (May 13, 2021) | | | | |
| PX347 | Fubo Shareholder Letter (Aug. 10, 2021) | | | | |
| PX348 | Fubo Q2 2021 Quarterly Filing (Aug. 11, 2021) | | | | |
| PX349 | Fubo Press Release, "fuboTV Delivered Recrd $130.9M Revenue and 681,721 Total Subscribers in Q2 2021; Raises 2021 Guidance" (Aug. 19, 2021) | | | | |
| PX350 | Fubo Q2 2021 Earnings Webcast (Aug. 19, 2021) | | 802 | | |
| PX351 | Fubo Press Release, "fuboTV Reaches One Million Subscribers" (Nov. 9, 2021) | | | | |
| PX352 | Fubo Q3 2021 Earnings Call Transcript (Nov. 9, 2021) | | 802 | | |
| PX353 | Fubo Shareholder Letter (Nov. 9, 2021) | | | | |
| PX354 | Fubo Q3 2021 Quarterly Filing (Nov. 10, 2021) | | | | |
| PX355 | Fubo Press Release, "fuboTV Closed Q4 and FY 2021 With Record 1.13 Million Subscribers; Expects to Exceed $1 Billion Revenue In 2022" (Feb. 23, 2022) | | | | |
| PX356 | Fubo Q4 2021 Earnings Call Transcript (Feb. 23, 2022) | | | | |
| PX357 | Fubo Shareholder Letter (Feb. 23, 2022) | | | | 8/12 |
| PX358 | Fubo Q4 2021 Quarterly Filing (Feb. 28, 2022) | | 802 | | 8/12 |
| PX359 | Fubo 2021 Annual Report (Apr. 27, 2022) | | | | 8/12 |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX360 | Fubo Press Release, "fuboTV Closed Q1 2022 with $236.7M Revenue, 1.056 Million Subscribers in North America" (May 5, 2022) | | | | |
| PX361 | Fubo Q1 2022 Earnings Call Transcript (May 5, 2022) | | 802 | | |
| PX362 | Fubo Shareholder Letter (May 5, 2022) | | 805 | | 8/12 |
| PX363 | Fubo Q1 2022 Quarterly Filing (May 9, 2022) | | | | 8/12 |
| PX364 | Fubo Press Release, "FuboTV Releases Q2 2022 Financial Results" (Aug. 4, 2022) | | | | |
| PX365 | Fubo Q2 2022 Earnings Call Transcript (Aug. 4, 2022) | | 802 | | |
| PX366 | Fubo Shareholder Letter (Aug. 4, 2022) | | | | 8/12 |
| PX367 | Fubo Q2 2022 Quarterly Filing (Aug. 8, 2022) | | | | 8/12 |
| PX368 | Fubo Press Release, "FuboTV Announces Q3 2022 Results; North American Streaming Business Delivered Record High 1,231,000 Subscribers, Exceeded Revenue Forecast" (Nov. 4, 2022) | | | | |
| PX369 | Fubo Q3 2022 Earnings Call Transcript (Nov. 4, 2022) | | 802 | | |
| PX370 | Fubo Shareholder Letter (Nov. 4, 2022) | | 805 | | 8/12 |
| PX371 | Fubo Q3 2022 Quarterly Filing (Nov. 7, 2022) | | | | 8/12 |
| PX372 | Fubo Press Release, "FuboTV Delivered Over $1 Billion in Global Annual Revenue in 2022; Closed Year With $984 Million in Revenue and 1.445 Million Subscribers in North America" (Feb. 27, 2023) | | | | |
| PX373 | Fubo Q4 2022 Earnings Call Transcript (Feb. 27, 2023) | | 802 | | |
| PX374 | Fubo Q4 2022 Quarterly Filing (Feb. 27, 2023) | | | | 8/12 |
| PX375 | Fubo Shareholder Letter (Feb. 27, 2023) | | | | 8/12 |
| PX376 | Fubo Press Release, "Fubo Exceeded Q1 2023 Guidance for North America With $316.5 Million Total Revenue and 1.285 Million Paid Subscribers, Raises Full Year 2023 Guidance; Reaffirms Expected 2025 Profitability Timeline" (May 5, 2023) | | | | |
| PX377 | Fubo Q1 2023 Earnings Call Transcript (May 5, 2023) | | 802 | | |
| PX378 | Fubo Shareholder Letter (May 5, 2023) | | | | 8/12 |
| PX379 | Fubo Q1 2023 Quarterly Filing (May 8, 2023) | | | | 8/12 |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX380 | Fubo Press Release, "Fubo Delivered $305 Million Total Revenue in North America in Q2 2023, Achieved Double Digit Year-Over-Year Revenue, Subscriber Growth and Exceeded Guidance" (Aug. 4, 2023) | | | | |
| PX381 | Fubo Q2 2023 Earnings Call Transcript (Aug. 4, 2023) | | 802 | | |
| PX382 | Fubo Shareholder Letter (Aug. 4, 2023) | | | | 8/12 |
| PX383 | Fubo Q2 2023 Quarterly Filing (Aug. 7, 2023) | | | | 8/12 |
| PX384 | Fubo Press Release, "Fubo Exceeded Guidance in Q3 2023 With $313 Million Total Revenue, up 43% Year-Over-Year, and Record 1.477 Million Paid Subscribers in North America; Raises Full Year 2023 Outlook" (Nov. 3, 2023) | | | | |
| PX385 | Fubo Q3 2023 Earnings Call Transcript (Nov. 3, 2023) | | 802 | | |
| PX386 | Fubo Q3 2023 Quarterly Filing (Nov. 3, 2023) | | | | 8/12 |
| PX387 | Fubo Shareholder Letter (Nov. 3, 2023) | | | | 8/12 |
| PX388 | Fubo Press Release, "Fubo's North American Business Closed Q4 2023 With Record 1.618 Million Paid Subscribers, 29% Year-Over-Year Revenue Growth; Exceeded Guidance Across Key Performance Metrics" (Mar. 1, 2024) | | | | |
| PX389 | Fubo Shareholder Letter (Mar. 1, 2024) | | | | 8/12 |
| PX390 | Fubo Q4 2023 Quarterly Filing (Mar. 4, 2024) | | | | 8/12 |
| PX391 | Fubo Press Release, "Fubo Exceeded Q1 2024 Guidance in North America, Delivering 1.511M Paid Subscribers, $394M Total Revenue" (May 3, 2024) | | | | |
| PX392 | Fubo Q1 2024 Quarterly Filing (May 3, 2024) | | | | 8/12 |
| PX393 | Fubo Shareholder Letter (May 3, 2024) | | | | 8/12 |
| PX394 | Fubo Transcript of Earnings Call (May 3, 2024) | | 802 | | |
| PX395 | PLACEHOLDER Q2 financial statements and/or earnings call transcripts for Fubo | | 802 | | |
| PX396 | PLACEHOLDER Q2 financial statements and/or earnings call transcripts for Disney | | Objections TBD | | |
| PX397 | PLACEHOLDER Q2 financial statements and/or earnings call transcripts for Fox | | 802 | | |
| PX398 | PLACEHOLDER Q2 financial statements and/or earnings call transcripts for WBD | | 106; 602; Further Objections TBD | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX399 | Fox Corporation 2023 Form 10-K | | | | |
| PX400 | WBD Metadata Log | Documents Withheld for Common Interest Privilege (July 21, 2024) | | 401/402 | | |
| PX401 | Fubo Slide titled: "Other services that Fubo subscribers pay for" | 901 | FRCP 37(c); 403; 602; 802; 1006 | | 8/12 |
| PX402 | Competitive Impact Statement, *United States v. The Walt Disney Company et al.*, Case No. 18-cv-5800 (S.D.N.Y. Aug. 7, 2018), ECF No. 21 | | 401/402; 403; 602; 802 | | |
| PX403 | Michael D. Whinston, GE-Electrolux Merger Anaylsis (Nov. 23, 2015), PX02015, *United States. v. AB Electrolux*, Case No. 1:15-cv-01039-EGS (D.D.C. Nov. 25, 2015), ECF No. 342-1 | | 401/402; 403; 802 | | |
| PX404 | CNBC, "Warner Bros. Discovery CEO David Zaslav Talks Sports Streaming Bundle 'Venu,'" (July 10, 2024), https://www.cnbc.com/video/2024/07/10/warner-bros-ceo-david-zaslav-on-sports-streaming-bundle-venue.html | | 403; 602; 802 | | 8/12 |
| PX405 | Heather Dinich, "TNT Sports to Air Select CFP Games Through Sublicense with ESPN," ESPN (May 22, 2024) | | 401/402; 602; 802 | | |
| PX406 | Peacock, Your Go-To for Hit Moveis, TV, Live Sports & More, Pick Your Plan webpage, (July 22, 2024), https://www.peacocktv.com/#:~:text=With%20Peacock%20Premium%2C%20you%20can,more%20to%20satisfy%20your%20FOMO | | 602 | | 8/12 |
| PX407 | Paramount+, A Mountain of Entertainment, Pick Your Plan webpage (July 22, 2024), https://www.paramountplus.com/?intcid=CIA-16-10bah4e | | 602; 802 | | 8/12 |
| PX408 | Fubo Investor Day 2022 presentation (Aug. 17, 2022) | | | | |
| PX409 | Sling, Programming and Plans webpage (July 23, 2024), https://www.sling.com/programming/sports?msockid=1c1dfa1c05496735043df7d904cb66f2 | | 802 | | |
| PX410 | Letter from FuboTV Inc. et al. to Congressional Committees re. future of competition in pay-TV | | 401/402; 403; 602; 802 | | |
| PX411 | DOJ Civil Investigative Demand Letter to DISH | | 401/402; 403; 602; 802 | | |
| PX412 | Email from J. Nallen to E. Shanks et al. re. Sports DTC - 2 Reports | | 401/402; 403; 602; 802 | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX413 | Email from G. Brown to J. Nallen et al. re. UBS Q&A | | 401/402; 403; 602; 802 | | 8/7 |
| PX414 | Fox presentation titled: Project Raptor OOC Approval Request | | 401/402; 403; 602; 802 | | 8/12 |
| PX415 | NFL Network Affiliation Agreement between NFL Enterprises LLC and fuboTV Media Inc. (July 30, 2021) | | 401/402 | | |
| PX416 | Email from Dropbox Sign to T. Mathers re. You just signed Sinclair - KJZZ | | | | |
| PX417 | Email from DocuSign to A. Marchesano et al. re. Completed: Complete with DocuSign: beIN-Fubo US Twelfth Amendment (BEIN CLEAN 8.24.2023) | | | | |
| PX418 | Email from Dropbox Sign to T. Mathers re. You just signed MASN - Executive Copy | | 602; 802; 805 | | |
| PX419 | Email from T. Mathers to J. Shin re. MSGN/Fubo - fully executed | | 602; 802; 805 | | |
| PX420 | Email from T. Mathers to J. Reyna re. KNSN | | | | |
| PX421 | Email from T. Mathers to J. Reyna re. fubo | | | | |
| PX422 | Email from S. Marchesano to T. Mathers re. MLB Network Agreements | | 602; 802 | | |
| PX423 | Email from J. Sweetwood to T. Mathers re. Renewals | | 106 | | |
| PX424 | Email from T. Mathers to B. Grad re. Completed: Complete with DocuSign: Fubo - NBA TV and LP 2023 Agreement FINAL | | 802 | | |
| PX425 | Email from J. Sweetwood to T. Mathers re. Renewals | | | | |
| PX426 | Content Distribution Agreement between fuboTV Media Inc. and Scripps Media, Inc. (Jan. 24, 2024) | | 802 (parent email) | | |
| PX427 | Email from M. Chin to J. Earley et al. re. DTC 101 for Hugh | | 802 (parent email) | | |
| PX428 | Advertising Revenue | | 802 (parent email) | | |
| PX429 | Email from B. Campbell to J.B. Perrette et al. re. ESPN | | 802 (parent email) | | |
| PX430 | Email from D. Fox to P. Distad re. Raptor | | | | |
| PX431 | "US to scrutinize Disney, Fox, Warner sports streaming deal, Bloomberg Law reports," Reuters (Feb. 16, 2024) | | 602 | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX432 | ACA Press Release, "ACA Connects Statement on the Anticompetitive Sports Streaming Juggernaut" (Feb. 7, 2024) | | 106; 403; 602; 802 | | |
| PX433 | Arbitration Agreement, *United States v. AT&T Inc., DIRECTV Group Holdings, LLC, and Time Warner Inc.*, Case No. 1:17-cv-02511 (D.D.C. Mar. 13, 2018) | | | | |
| PX434 | Comments of the ACA Connects, *In the Matter of Fostering Independent and Diverse Sources of Video Programming*, MB Docket No. 24-115 (FCC June 6, 2024) | | 802; 805 | | |
| PX435 | Comments of the American Independent Media, Inc., *In the Matter of Fostering Independent and Diverse Sources of Video Programming*, MB Docket No. 24-115 (FCC June 6, 2024) | | 401/402; 403; 602; 802; 805 | | |
| PX436 | Comments of the American Television Alliance, *In the Matter of Fostering Independent and Diverse Sources of Video Programming*, MB Docket No. 24-115 (FCC June 6, 2024) | | 802; 805 | | |
| PX437 | Competitive Impact Statement, *United States v. The Walt Disney Company et al.*, Case No. 18-cv-5800 (S.D.N.Y. Aug. 7, 2018) | | 403; 602; 802; 805 | | |
| PX438 | Complaint, *Turner Broadcasting System, Inc. and Warner Bros. Discovery, Inc. v. National Basketball Association, NBA Ventures, LLC and NBA Properties, Inc.*, Index No. 653721/2024 (N.Y. Sup. Ct. July 26, 2024) | | 602 | | 8/9 |
| PX439 | Complaint, *United States v. AT&T Inc., DIRECTV Group Holdings, LLC, and Time Warner Inc.*, Case No. 1:17-cv-02511 (D.D.C. Nov. 20, 2017) | | 602 | | |
| PX440 | Complaint, *United States v. The Walt Disney Company et al.*, Case No. 18-cv-5800 (S.D.N.Y. June 27, 2018) | | 403; 602; 802; 805 | | 8/9 |
| PX441 | Dan Weil, "ESPN Streaming Channel May Be coming, but It Won't be Cheap," The Street (May 23, 2023) | | 802; 805 | | |
| PX442 | David Halberstam, "In a changing world, TV experts Ed Desser nad John Kosner share how fans will watch sports in the future," Sports Broadcast Journal (Apr. 22, 2021) | | 403; 602; 802 | | |
| PX443 | Ed Desser, "Weathering Climate Change in Sports Media," LinkedIn (Sept. 21, 2015) | | | | |
| PX444 | Fox Corporation, "Earnings Release for the Quarter Ended March 31, 2024" (May 8, 2024) | | 401/402; 403; 602; 802; 805 | | |
| PX445 | Fox Investor Day Transcript (May 9, 2019) | | | | |
| PX446 | John Ourand, "Sports Media: Fox Sports consults Big Ten in media rights negotiations," Sports Business Journal (Apr. 18, 2022) | | 106; 403; 602; 802; 805; 1002 | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX447 | Letter from U.S. Reps. J. Nadler and J. Castro to B. Iger, L. Murdoch, and D. Zaslav re. proposed sports streaming joint venture (Apr. 16, 2024) | | 602 | | |
| PX448 | Letter from U.S. Reps. J. Nadler and J. Castro to B. Iger, L. Murdoch, and D. Zaslav re. response to April 16 letter (June 7, 2024) | | | | |
| PX449 | Status Conference Hearing Transcript (July 25, 2024) | 901 | 403; 602; 802; 805 | | |
| PX450 | Slide titled:  Big Ten football games available on live pay TV services (2023-24) | 901 | 602; 802; 1006 | | |
| PX451 | Supplemental Expert Declaration of Jonathan Orszag | | 602 | | |
| PX452 | The Walt Disney Company, "The Walt Disney Company Reports Second Quarter and Six Months Earnings for Fiscal 2024" (May 7, 2024) | | 401/402; 403; 602; 802; 805 | | |
| PX453 | Updated Expert Declaration of James Trautman | | 401/402; 602 | | 8/12 |
| PX454 | Updated Expert Declaration of Jonathan Orszag | | 401/402; 602; 802 | | 8/8 |
| PX455 | Warner Bros. Discovery, "Warner Bros. Discovery, Inc. Reports First Quarter 2024 Earnings Results" (May 9, 2024) | | 106; 403; 602; 802; 805; 1002 | | |
| PX456 | Email from J. Lancer to P. Cheesbrough et al. re. Raptor - remaining exec level issues | | | | 8/12 |
| PX457 | Email from D. Fox to J. Lancer re. Eagle Comments | | | | |
| PX458 | Email from A. Reiss to C. Neal et al. re. Project Raptor Antitrust Call - Agenda Items | | | | |
| PX459 | Email from M. Dugan to A. Verveer et al. re. Project Raptor | Talking Points + Q&A | | | | |
| PX460 | Email from J. Connolly to C. LaPlaca et al. re. Charter IR deck | | | | 8/9 |
| PX461 | Intentionally Omitted | | | | |
| PX462 | Intentionally Omitted | | | | |
| PX463 | Intentionally Omitted | | | | |
| PX464 | Intentionally Omitted | | | | |
| PX465 | Intentionally Omitted | | | | |
| PX466 | Draft email forwarding email from R. Blood to R. Nelson et al. re. DIRECTV/TWDC Renewal Term Sheet | | | | 8/9 |
| PDX 001-034 | Fubo Opening Demonstrative | | | 8/6 | 8/12 |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PDX 101-105, 107-124 | J. Trautman Demonstrative | | | 8/6 | 8/12 |
| PDX 201-202 | D. Gandler Demonstrative | | | 8/6 | 8/12 |
| PDX 301-306 | T. Mathers Demonstrative | | | 8/6 | 8/12 |
| PDX 401-405 | S. Marchesano Demonstrative | | | 8/7 | 8/12 |
| PDX 501-516 | A. Horihuela Demonstratives | | | | 8/8 |
| PDX 601-612 | J. Janedis Demonstratives | | | | 8/8 |
| PDX 701-714 | J. Orszag Demonstratives | | | | 8/8 |
| PDX 901-1020 | Fubo Closing Demonstrative | | | | 8/12 |
| DX001 | Yahoo! Finance article, "fuboTV Inc. (FUBO): Historical Data" | | | | 8/12 |
| DX002 | CNBC article, "FuboTV CEO David Gandler thinks 5 million people could subscribe to its bundle of TV networks by 2026" | | Hearsay; 401/402; 403 | | 8/6 |
| DX003 | Business Insider article, "FuboTV insiders describe how its 'doomed' sportsbook collapsed in a year--and what it means for the future of the streaming company" | | Hearsay; 401/402; 403 | | 8/12 |
| DX004 | Fool.com article, "fuboTV Stock Is Tumbling Because It's a Terrible Business" | 901/902 | Hearsay; 401/402; 403 | | 8/6 |
| DX005 | Nasdaq article, "3 Reasons to Avoid fuboTV Stock" | 901/902 | Hearsay; 401/402; 403 | | 8/6 |
| DX006 | Letter to D. Gandler re: Clean Slate Agreement (Exhibit 2 of Declaration of J. Wesley Earnhardt in Support of Disney's Motion to Dismiss [dkt. 130-2] | | | | |
| DX007 | Los Angeles Times article, "Disney and Charter end blackout, returning ESPN and ABC to Spectrum TV " | | Hearsay | | |
| DX008 | Sports Business Journal article, "YES, MSG partner for new GAME streaming offering" | | 401/402 | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| DX009 | Fubo article, "Statement From Fubo Regarding Sports Streaming JV" | | | | 8/6 |
| DX010 | The Streamable article, "How Joint Venture Sports Streamer From Disney, Fox and Warner Bros. Discovery Points to Streaming's Possible Future" | | Hearsay | | |
| DX011 | Form 10-K, EchoStar | | Hearsay | | |
| DX012 | The Motley Fool article, "Fubo FYQ4 2023 Earnings Call Transcript" | | | | 8/6 |
| DX013 | Fubo Form 10-K FY 2023 | | | | 8/6 |
| DX014 | Yahoo Finance article, "EchoStar Corporation (NASDAQ:SATS) Q4 2023 Earnings Call Transcript" | | Hearsay | | |
| DX015 | Initial Pretrial Conference Transcript | | Hearsay; 401/402 | | |
| DX016 | Sports Business Journal article, "Many possibilities for NBA rights as market opens" | | | | |
| DX017 | The Hollywood Reporter article, "FuboTV Drops to 1.5M North American Subscribers in First Quarter" | | Hearsay; 401/402; 403 | | |
| DX018 | Fubo article, "Fubo - Governance - Management Team: David Gandler" | 901/902 | | | |
| DX019 | List of Channels from Fubo's Website | | | | 8/6 |
| DX020 | Reuters article, "NBA finalizes $76 bln broadcasting deal with Disney, Amazon, Comcast, the Athletic reports" | | Hearsay | | |
| DX021 | Expert Declaration of Edwin S. Desser | | | | 8/12 |
| DX022 | Rebuttal Expert Declaration of Michael D. Whinston, PHD | | | | 8/12 |
| DX023 | Plaintiffs' Third Supplemental Responses and Objections to Disney Defendants' First Set of Interrogatories | | | | |
| DX024 | Inflow/Outflow Research May Results Deck | 901/902 | Lack of Foundation; Hearsay | | |
| DX025 | Weekly Market & Competitive Insights Deck | 901/902 | Lack of Foundation; Hearsay | | |
| DX026 | Weekly Market & Competitive Insights Deck | 901/902 | Lack of Foundation; Hearsay | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| DX027 | Weekly Market & Competitive Insights Deck | 901/902 | Lack of Foundation; Hearsay | | |
| DX028 | Service and Platform Requirement Excel | 901/902 | Lack of Foundation; Hearsay | | |
| DX029 | DirecTV and Viacom - Affiliation Agreement | | | | |
| DX030 | Agreement between AT&T and American Movie Classic Company LLC, Women's Entertainment LLC, The Independent Film Channel LLC, Sundance Channel LLC | 901/902 | | | |
| DX031 | Agreement between AT&T and New Video Channel America, LLC | 901/902 | | | |
| DX032 | Agreement between DIRECTV, LLC and AMC Network Entertainment LLC, IFC TV LLC, Sundance TV LLC, WE TV LLC, and New Video Channel America, LLC | 901/902 | | | |
| DX033 | Agreement between DIRECTV, LLC and AMC Network Entertainment LLC, IFC TV LLC, Sundance TV LLC, WE TV LLC, and New Video Channel America, LLC | 901/902 | | | |
| DX034 | Agreement between DIRECTV, LLC and AMC Network Entertainment LLC, IFC TV LLC, Sundance TV LLC, WE TV LLC, and New Video Channel America, LLC | 901/902 | | | |
| DX035 | Amendment to 9/1/2020 Agreement between DIRECTV, LLC and AMC Network Entertainment LLC, IFC TV LLC, Sundance TV LLC WE TV LLC, and New Video Channel America, LLC | 901/902 | | | |
| DX036 | Agreement between AT&T and Bloomberg L.P. | 901/902 | | | |
| DX037 | Agreement between AT&T and Bloomberg L.P. | 901/902 | | | |
| DX038 | Amendment to Bloomberg Television MVPD Affiliation Agreement | 901/902 | | | |
| DX039 | Amendment to 1/13/2006 Agreement between AT&T and Bloomberg L.P. | 901/902 | | | |
| DX040 | Amendment to 1/1/2008 Agreement between AT&T and Bloomberg L.P. | 901/902 | | | |
| DX041 | Amendment to 1/1/2008 Agreement between AT&T and Bloomberg L.P. | 901/902 | | | |
| DX042 | Fifth Amendment to Short-Form Agreement | | | | |
| DX043 | Email from D. Wong to D. Espinosa and T. Najera re: Falcon market rates | | Hearsay | | |
| DX044 | Email from D. Espinosa to J. Nallen, et al. re: A debate | | Hearsay; 106 | | |
| DX045 | Amendment to Affiliation Agreement | | | | |
| DX046 | Amendment between Fox B10 Channel Partner, Inc. and CSC Holdings, LLC | | | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| DX047 | Amendment to Fox News Channel and Fox Business Network Affiliation Agreements | | | | |
| DX048 | Fox-Charter Letter Agreement | | | | |
| DX049 | 2020 Term Sheet | | | | |
| DX050 | Fox-DIRECTV Renewal Term Sheet | | | | |
| DX051 | Citizens Telecom Service Co dba Frontier Communications Global Affiliation Agreement (10-24-14) | | | | |
| DX052 | FuboTV Media, Inc. - Second Amendment to Affiliation Agreement | | | | 8/8 |
| DX053 | Affiliation Agreement between Fubo and Fox | | | | |
| DX054 | First Amendment to Affiliation Agreement between Fubo and Fox | | | | |
| DX055 | Second Amended and Restated Affiliation Agreement between Fox and Hulu | | | | |
| DX056 | First Amendment to Global Master Affiliation Agreement between Fox and NCTC | | | | |
| DX057 | Affiliation Agreement between Fox and Puerto Rico Telephone Company | | | | |
| DX058 | Fox Financial Snapshot Excel | | Lack of Foundation; Hearsay | | |
| DX059 | Email from J. Nallen to G. Brown re: MS Q&A For Review, with attachment | | Hearsay | | |
| DX060 | E-mail from D. Espinosa to R. Thun, et al. re: Thank you! | | Hearsay | | |
| DX061 | Email from D. Espinosa to H. Nguyen and J. Fang re: Raptor Rates, with attachment | | Hearsay | | |
| DX062 | Email from J. Lutzky to D. Espinosa and J. Fang re: Fubo June Subs | | Hearsay; 403 | | |
| DX063 | Email from D. Espinosa to J. Nallen re: DIRECTV "No Locals" Announcement | | Hearsay | | |
| DX064 | Email from L. Murdoch to J. Nallen re: Directv | | Hearsay | | |
| DX065 | Project Zenith Research Overview Slide Deck | | Hearsay | | |
| DX066 | Fox Sunday NFC Package Term Sheet | | Hearsay; 401/402; 403 | | |
| DX067 | Email from J. Nallen to D. Martin re: 2/28 Update, with attachment | | Hearsay | | 8/8 |
| DX068 | Email from D. Espinosa to J. Lancer, et al. re: Initial notes for Raptor discussion | | Hearsay | | |
| DX069 | Email from P. Distad to T. Connolly, et al re: Next steps on rates | | Hearsay | | |
| DX070 | Venu Firewall Policy for Third Party Competitively Sensitive Information | | Hearsay | | 8/7 |

31

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| DX071 | Email from T. Mathers to S. Miller re: WBD - Fubo Discussion Points Draft, with attachment | | | | |
| DX072 | Email from S. Marchesano to T. Mathers re: Turner / Discovery Sub Scenarios | | | | |
| DX073 | Email from T. Mathers to J. Sweetwood re: Updated Overview Deck, with attachments | | | | |
| DX074 | Email from S. Miller to T. Mathers re: Fubo/Turner nets | | | | |
| DX075 | Email from J. Janedis to T. Mathers re: Disney | | 401/402; 403 | | |
| DX076 | Email from S. Miller to T. Mathers re: Fubo/Turner nets | | | | |
| DX077 | Email from L. Morrissey to T. Mathers re: Disney Renewal | | | | |
| DX078 | Email from T. Mathers to L. Morrissey re: Disney Renewal, with attachments | | | | |
| DX079 | Email from T. Mathers to P. O'Connell re: follow-up | | | | |
| DX080 | Email from T. Mathers to P. O'Connell re: Kagan Numbers | | | | |
| DX081 | Email from T. Mathers to P. O'Connell re: Kagan numbers, with attachment | | | | |
| DX082 | Email from S. Marchesano to T. Mathers re: Kagan numbers, with attachment | | | | |
| DX083 | Email from T. Mathers to M. Elizondo and S. Marchesano re: Disney Renewal | | | | |
| DX084 | Email from T. Mathers to J. Sweetwood re: Disney Competitive Analysis Deck, with attachment | | | | |
| DX085 | Email from T. Mathers to L. Morrissey re: Disney Proposal | | | | |
| DX086 | Email from M. Elizondo to T. Mathers re: Turner/Discovery | | | | |
| DX087 | Email from M. Berkley to D. Gandler re: Barclays: Why Bundles May Not Be Effective in Video Streaming | | | | |
| DX088 | Email from M. Berkley to D. Gandler re: Barclays: Why Bundles May Not Be Effective in Video Streaming | | | | |
| DX089 | Email from A. Horihuela to Fubo Team re: What's a SupAg?, with attachment | | | | |
| DX090 | FuboTV Strategic Context and Approach Deck | | | | |
| DX091 | First Views (2021-2024) by Sports vs. Non-Sports Excel | | | | |
| DX092 | Email from T. Mathers to D. Gandler and A. Horihuela re: WBD vs. NBCU Scenario Slides | | | | |
| DX093 | Email from T. Mathers to J. Shin re: WBD vs. NBCU Scenario slides, with attachment | | | | |
| DX094 | Email from S. Miller to T. Mathers re: fubo/WBD, with attachment | | | | 8/9 |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| DX095 | Email from B. Grad to S. Marchesano re: Fubo/Flames/Oilers @ Tue, Nov 14, 2023 5:30pm-6:00pm (GMT-05), with attachments | | | | |
| DX096 | Fubo Investor Day Talking Points - Content - Talk Track | | | | |
| DX097 | Email from A. Padte to A. Sternberg re: Q1 Shareholder Outline to Guide Tomorrow's Discussion, with attachment | | | | 8/12 |
| DX098 | Email from A. Padte to J. Janedis re: 2Q/FY24 Guidance Draft (April 16, 2024), with attachment | | | | 8/12 |
| DX099 | Email from B. Varma to J. Janedis and D. Gandler re: Analyst Estimates Revisions - Post 4Q23, with attachment | | | | 8/12 |
| DX100 | Email from J. Shin to A. Horihuela re: Bridge to Profitability / Operational Metrics - Draft for review, with attachment | | | | |
| DX101 | Email from A. Padte to J. Janedis and A. Sternberg re: fubo Transcripts - 4Q22 and 1Q23, with attachments | | | | |
| DX102 | Email from A. Horihuela to Y. Wang re: INPUT NEEDED // Re: WBD \| Max \| NBA Playoffs \| 4/16-6/3 \| FuboTV \|RFP | | | | |
| DX103 | Email from A. Horihuela to I. Josephson, et al. re: Subscriber Pacing [Feb, 2024], with attachment | | | | |
| DX104 | Email from Y. Wang to A. Horihuela re: Fubo <> Antenna Follow Up | | | | |
| DX105 | Email from B. Grad to A. Horihuela re: The state of things | | | | |
| DX106 | Email from A. Horihula to D. Gandler re: Bridge to Profitability / Operational Metrics - Draft for review, with attachment | | | | |
| DX107 | Email from D. Gandler to M. Berkley and A. Horihuela re: CBS streaming 30 fps issue for 2+ years | | Hearsay; 403 | | |
| DX108 | Email from D. Gandler to A. Horihuela re: B&T Budget for 2023 | | | | |
| DX109 | Email from J. Blanc to A. Horihuela re: Risk Mitigation on the Path to Profitability | | Hearsay | | |
| DX110 | Email from A. Horihuela to Fubo Management re: Risk Mitigation on the Path to Profitability | | | | |
| DX111 | Email from A. Horihuela to Y. Wang re: Offsite Pre-Read - This is misleading since we don't eve... | | | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| DX112 | Email from Y. Wang to C. Savio and C. Voight re: Mariners & Fubo Followup, with attachment | | 602 | | |
| DX113 | Email from B. Grad to A. Horihuela re: Risk Mitigation on the Path to Profitability | | | | |
| DX114 | Email from J. Sweetwood to B. Grad re: Freemium Offsite Deck, with attachment | | | | |
| DX115 | Research Report Topic: OTT & Sports: Services and Strategies for Growth Industry Report | 901/902 | Hearsay; 602 | | |
| DX116 | SVP Strategic Partnerships Press Release | | | | |
| DX117 | Instant Messages, April 6, 2024 | | | | 8/12 |
| DX118 | Instant Messages, July 13, 2023 | | | | |
| DX119 | Instant Messages, January 10, 2024 | | | | 8/8 |
| DX120 | Instant Messages, May 18, 2023 | | | | |
| DX121 | Instant Messages, February 26, 2024 | | | | |
| DX122 | Instant Messages, May 5, 2023 | | | | |
| DX123 | Instant Messages, May 22, 2023 | | | | |
| DX124 | Instant Messages, August 18, 2023 | | | | 8/8 |
| DX125 | Instant Messages, August 1, 2023 | | | | |
| DX126 | Instant Messages, December 20, 2023 | | | | |
| DX127 | Instant Messages, January 3, 2024 | | | | |
| DX128 | Instant Messages, April 25, 2024 | | | | |
| DX129 | Instant Messages, April 24, 2023 | | | | |
| DX130 | Instant Messages, February 6, 2024 | | | | |
| DX131 | Instant Messages, February 19, 2024 | | | | 8/7 |
| DX132 | Instant Messages, April 12, 2024 | | | | |
| DX133 | Fubo Content Overview Deck | | | | 8/6 |
| DX134 | Fubo 2023-Present Content Overview Excel Spreadsheet | | | | |
| DX135 | Offsite Pre-Read: What's Next? | | | | |
| DX136 | Fubo Board Meeting Slide Deck | | | | |
| DX137 | NBCUniversal Distribution Agreement | | | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| DX138 | Charge!/TBD/The Nest - Fubo Binding Term Sheet | | | | |
| DX139 | YES Network/Fubo Term Sheet | | | | |
| DX140 | POP Network Digital Simulcast Agreement "POP Network OTT and VOD Agreement" | | | | 8/12 |
| DX141 | CBS Sports Network Digital Simulcast Agreement | | | | |
| DX142 | Smithsonian Networks Service Agreement for Internet Distribution | | | | 8/12 |
| DX143 | Viacom Media Networks/fuboTV Binding Term Sheet | | | | 8/7 |
| DX144 | Distribution Agreement | | | | |
| DX145 | Ninth Amendment to Distribution Agreement (TelevisaUnivision) | | | | |
| DX146 | Thirteenth Amendment to Distribution Agreement (TelevisaUnivision) | | | | 8/12 |
| DX147 | Letter from E. McIlvain to B. Grad re: Over-the-top distribution terms | | | | 8/7 |
| DX148 | Second Amendment to Amended and Restated Letter Agreement | | | | 8/7 |
| DX149 | Content Distribution Agreement between FuboTV, Inc. and Newsmax Broadcasting, LLC | | | | |
| DX150 | Email from A. Horihuela to Fubo General Assembly re: The state of things, with attachment | | | | |
| DX151 | Email from E. Gerson to A. Horihuela re: NBC/turner | | | | |
| DX152 | Email from P. O'Connell to T. Mathers re: Disney open issues list | | | | |
| DX153 | Email from T. Mathers to A. Horihuela, et al. re: NBC/turner | | | | |
| DX154 | Email from A. Horihuela to T. Mathers re: NBC/turner strategy | | | | |
| DX155 | Email from A. Horihuela to D. Gandler re: Sorry for length... | | | | 8/8 |
| DX156 | Email from WBD Affiliate Relations to T. Mathers re: Notice of Extension Option, with attachment | | | | 8/9 |
| DX157 | Email from T. Mathers to A. Horihuela re: NBC/turner strategy | | | | |
| DX158 | Email from A. Horihuela to T. Mathers re: Presentation shared with you: "Offsite", with attachment | | | | |
| DX159 | Email from T. Mathers to D. Gandler, et al. re: Revised Disney Draft, with attachments | | | | 8/7 |
| DX160 | Email from T. Mathers to G. Sheldon re: Revised Disney Agreement, with attachments | | | | |
| DX161 | Affiliate Agreement with Turner Network Sales, Inc. | | | | 8/6 |
| DX162 | Email from S. Miller to T. Mathers re: Proposed WBD Term Sheet | | Hearsay | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| DX163 | Email from A. Padte to J. Shin re: Latest FY24 Budget Deck, with attachment | | | | 8/12 |
| DX164 | Email from A. Horihuela to E. Renard, et al. re: Weekly KPI Update - 03/04/2024 (Feb-24 Preliminary Recap) | | | | |
| DX165 | Email from J. Press to A. Horihuela re: DRAFT Q4 FY 2023 DG SCRIPT | | | | |
| DX166 | Email from Y. Wang to E. Gerson re: Fwd: Fwd: PBS Findings | | | | |
| DX167 | Email from J. Janedis to D. Gandler re: Investor Day Deck Attached, with attachments | | | | |
| DX168 | Instant Messages, September 28, 2023 | | | | 8/8 |
| DX169 | Instant Messages, February 7, 2024 | | | | |
| DX170 | Instant Messages, February 20, 2024 | | | | |
| DX171 | Email from J. Reyna to M. Elizondo re: Disney open issues list | | | | |
| DX172 | Email from T. Mathers to S. Marchesano, et al. re: renewal | | | | |
| DX173 | Email from J. Janedis to T. Mathers re: DEMN Renewal, with attachment | | | | |
| DX174 | Email from J. Press to J. Press (BCC'ing fubotv@fubo.tv) re: Fubo Media Policy and Messaging Documents, with attachments | | | | |
| DX175 | Email from T. Mathers to S. Miller re: Privileged: Proposed WBD Term Sheet, with attachment | | | | |
| DX176 | Email from A. Sternberg to E. Bronfman, et al. re: FUBO Q4 2023 Analyst Comments Highlights, with attachments | | Hearsay | | |
| DX177 | Paramount Global | FuboTV Media Inc. Cable Services Binding Term Sheet | | | | 8/7 |
| DX178 | Distribution Agreement between NBCUniversal and FuboTV | | | | 8/12 |
| DX179 | Amendment No. 2 to Fubo TV Letter Agreement for Distribution of GSN | | | | 8/7 |
| DX180 | Fubo TV Letter Agreement for Distribution of GSN | | | | |
| DX181 | Content Distribution Agreement between FuboTV, Inc. and CPE US Networks Ill Inc. | | | | |
| DX182 | First Amendment to Content Distribution Agreement | | Hearsay | | |
| DX183 | Email from M. Bravo to J. Connolly, et al. re: Fubo Q3'23 Earnings Update, with attachment (Fubo Q3'23 Earnings Update) | | Hearsay | | |
| DX184 | Email from S. Flood to L. Morrissey, et al. re: Revised Disney Agreement- FUBO, with attachments | | | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
Civil Action No. 1:24-cv-1363
Admitted Exhibit List

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| DX185 | Email from S. Flood to L. Morrissey, et al. re: Revised Disney Agreement- FUBO, with attachments | | | | |
| DX186 | Email from E. Greenberg to M. McDonnell, et al. re: Fubo - TWDC 7/14 Proposal Summary, with attachment | | | | |
| DX187 | Email from S. Breen to J. Connolly re: Fubo Renewal Update - 6.8 Proposal, with attachments | | Hearsay | | |
| DX188 | Email from J. Connolly to J. Zasowski and S. Breen re: Industry Update: Citi Research - Linear Sports Tier, with attachment | 901/902 | Hearsay; 602 | | |
| DX189 | Email from S. Breen to S. Flood re: Revised Disney draft, with attachments | | | | |
| DX190 | Email from S. Corrigan to J. Connolly re: Fubo Deal Announcement - Executive Summary | | Hearsay | | 8/9 |
| DX191 | Email from C. Aguiar to J. Nallen and J. Pitaro re: Potential Partnership | | Hearsay | | 8/7 |
| DX192 | ESPN/Fox - Key Distribution Principles | | Hearsay | | |
| DX193 | Email from J. Connolly to D. Fox re: MVPD Negotiations Review with Alan, with attachment | | Hearsay | | |
| DX194 | Email from J. Pitaro to S. Swartz re: Raptor release, with attachment | | Hearsay | | |
| DX195 | Email from C. Aguiar to J. Pitaro re: Bullets for Fox Meeting + Additional Reading, with attachments | 901/902 | Hearsay; 602 | | |
| DX196 | Email from J. Pitaro to B. Patel re: Industry Update: Morgan Stanley - The Big, Skinny, Sports Bundle, with attachments | 901/902 | Hearsay; 602 | | |
| DX197 | Term Sheet between Charter and Disney ("2023 Omnibus Term Sheet") | | | | |
| DX198 | Distribution License Agreement between DIRECTV, AT&T and ESPN | | | | |
| DX199 | License Agreement between TWDC and DISH | | | 8/9 | 8/12 |
| DX200 | Amendment No. 1 to Specified 4K Content Term Sheet | | | | |
| DX201 | Draft Raptor Content License Standard Distribution Terms | | | | |
| DX202 | Email from R. Blood to R. Thun, et al. re: TWDC/DIRECTV Renewal Term Sheet, with attachment | | | 8/9 | 8/12 |
| DX203 | Email from A. Rosenberg to P. O'Connell, et al. re: TWDC counter - complete agreement, with attachments | 901/902 | Hearsay; 602 | 8/9 | 8/12 |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| DX204 | Email from S. Flood to J. Connolly re: David Gandler (Fubo) 6.29 Meeting Prep Deck, with attachments | | Hearsay | | |
| DX205 | Charter Term Sheet A | | | 8/9 | 8/12 |
| DX206 | Email from L. Morrissey to G. Rigdon, et al. re: Comcast Offer and Proposal, with attachments | | | 8/9 | 8/12 |
| DX207 | Email from L. Morrissey to J. Smith and F. Kurath re: Disney-Comcast Live TV Tier Proposal, with attachment | | | 8/9 | 8/12 |
| DX208 | Spectrum TV Stream agreement | | | 8/9 | 8/12 |
| DX209 | Email from J. Connolly to J. Saltman, et al. re: David Gandler (Fubo) 6.29 Meeting Prep Deck | | Hearsay | | |
| DX210 | Email from A. LeBerge to C. Aguiar re: Fox and turner call | | Hearsay | | 8/7 |
| DX211 | Email from J. Warbrooke to J. Pitaro, et al. re: IN PERSON: Project Evolution (& other transactions) \| Update with Bob, with attachment | | | | |
| DX212 | DirecTV Term Sheet | | | 8/9 | 8/12 |
| DX213 | Email from B. Campbell to D. Fox re: Director's Note: Fox/ESPN JV | | Hearsay | | |
| DX214 | Email from P. Lee to D. Zaslav, et al. re: Another Raptor Analysis, with attachment | | Hearsay; 602 | | |
| DX215 | Email from D. Fox to P. Lee re: Raptor, with attachment | | Hearsay; 602 | | |
| DX216 | Email from S. Miller to T. Mathers re: fubo/WBD | | | | |
| DX217 | Email from S. Miller to B. Campbell re: fubo/WBD | | Hearsay | | |
| DX218 | Email from S. Miller to B. Campbell and D. Zaslav re: Charter | | Hearsay | | |
| DX219 | Email from S. Miller to S. Duncan re: PRINTING, with attachments | | Hearsay | | |
| DX220 | Email from J. Cross to T. Mathers and G. Sheldon re: Agreements, with attachments | | | | |
| DX221 | Email from B. Campbell to G. Wiedenfels, et al. re: MM | | Hearsay | | |
| DX222 | Email from D. Fox to J. Nallen, et al. re: Raptor Business Model Deck, with attachment | | Hearsay | | 8/9 |
| DX223 | Email from M. Dugan to S. Sims, et al. re: Raptor TS - Executed, with attachments | | Hearsay | | |
| DX224 | Email from S. Miller to B. Campbell re: WBD - Fubo Discussion Points Draft, with attachment | | | | 8/9 |
| DX225 | Email from J. Perrette to B. Campbell et al. re: 1-Pager on Scope/Focus | | Hearsay | | |
| DX226 | Raptor P&L Excel | | Hearsay | | |

*fuboTV Inc., et al. v. The Walt Disney Company, et al.*
**Civil Action No. 1:24-cv-1363**
**Admitted Exhibit List**

| Exhibit Number[1] | Description | Authenticity Objection | Admissibility Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| DX227 | OTT Distribution Agreement | | | | 8/6 |
| DX228 | Letter from G. Saverhoff to B. Grad re: New Subscriber Promotion and Upgrade Promotion | | | | |
| DX229 | First Amendment to OTT Agreement | | | | 8/6 |
| DX230 | Extension Agreement to OTT Distribution Agreements | | | | |
| DX231 | Extension Agreement to OTT Distribution Agreements | | | | |
| DX232 | 2023 Term Sheet Amendment | | | | |
| DX233 | Email from T. Mathers to S. Miller re: Privileged: Proposed WBD Term Sheet, with attachment | | | | 8/9 |
| DX234 | Email from S. Miller to T. Mathers re: Fubo/Turner nets | | | | 8/9 |
| DX235 | Email from S. Miller to T. Mathers re: Renewal | | | | 8/9 |
| DX236 | J. Connolly Summary Exhibit | | | | 8/9 |
| DDX 01.1-1.38 | Defense Opening Demonstrative | | | 8/6 | 8/12 |
| DDX 02.1-2.2 | Mathers Cross Demonstrative | | | 8/6 | 8/12 |
| DDX 03.1 | Marchesano Cross Demonstrative | | | 8/7 | 8/12 |
| DDX 04.1-4.5 | Horihuela Cross Demonstrative | | | 8/8 | 8/12 |
| DDX 05.1-5.10 | Desser Direct Demonstrative | | | 8/8 | 8/12 |
| DDX 06.1-6.2 | Connolly Direct Demonstrative | | | 8/9 | 8/12 |
| DDX 08.1-8.25 | Whinston Direct Demonstrative | | | 8/9 | 8/12 |
| DDX 10.1-10.9 | Schanman Cross Demonstrative | | | 8/7 | 8/12 |
| DDX 11.1-11.81 | Defense Closing Demonstrative | | | | 8/12 |