UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FuboTV, Inc., and FuboTV Media, Inc.,

          Plaintiffs,

    v.

The Walt Disney Company, et al.,

          Defendants.

1:24-cv-01363-MMG

---

## NOTICE OF APPEAL

Notice is hereby given that The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; Hulu, LLC; Fox Corporation; and Warner Bros. Discovery Inc., Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order and Order for Preliminary Injunction (ECF No. 290 (redacted), No. 291 (under seal)), entered in this action on August 16, 2024, and all related Orders.

August 19, 2024

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP

*s/ J. Wesley Earnhardt*
Antony L. Ryan
J. Wesley Earnhardt
Yonatan Even
Damaris Hernández
Michael P. Addis

2 Manhattan West
375 9th Avenue
New York, NY 10001
(212) 474-1000

*Attorneys for Defendants The Walt Disney Company, ESPN, Inc., ESPN Enterprises, Inc., and Hulu, LLC.*

DECHERT LLP

*s/ Andrew J. Levander*
Andrew J. Levander
Steven E. Bizar
Steven A. Engel
Jay Jurata
Michael H. McGinley
Erica Fruiterman

1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500

*Attorneys for Defendant Fox Corporation*


WEIL, GOTSHAL & MANGES LLP

*s/ David L. Yohai*
David L. Yohai
Adam C. Hemlock
Theodore E. Tsekerides
Robert W. Taylor
A.J. Green
Elaina K. Aquila

767 Fifth Avenue
New York, NY 10153
(212) 310-8000

*Attorneys for Defendant Warner Bros. Discovery Inc.*