USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FUBOTV INC. and FUBOTV MEDIA INC.,

    Plaintiffs,

-against-

THE WALT DISNEY COMPANY, et al.,

    Defendants.

24-CV-01363 (MMG)

**SCHEDULING ORDER**

MARGARET M. GARNETT, United States District Judge:

    The following case schedule is HEREBY ORDERED. Counsel are free to negotiate interim deadlines among themselves without the involvement of the Court, although the Court's assistance is available if needed. In addition, other than dates for submissions to the Court, and dates for the close of fact discovery and the close of expert discovery, counsel may agree to alterations of other dates listed below without the Court's approval.

    Other than as set forth above, the below dates and deadlines will not be extended absent compelling circumstances that could not have been anticipated as of the date of this Order. The start date for the trial, in particular, should be treated as **firm**. Based on representations of counsel as of the date of this Order and the Court's own assessment of the time needed, the Court anticipates that a trial in this matter will last 3-4 weeks.

| Event | Date |
| --- | --- |
| Defendant Fox's Motion to Transfer DUE | September 16, 2024 |
| Parties Serve Initial Disclosures & Initial Written Discovery Requests | September 19, 2024 |
| Defendants' Motions to Dismiss DUE | September 26, 2024 |
| Fubo's Opposition to Fox Transfer Motion DUE | October 7, 2024 |
| Fox's Reply on Transfer Motion DUE | October 17, 2024 |
| Fubo's Consolidated Opposition to MTDs DUE | October 25, 2024 |
| Defendants' Replies on MTDs DUE | November 13, 2024 |
| Deadline for Substantial Completion of Production of Documents in Response to Initial Requests for Production | December 20, 2024 |
| Close of Fact Discovery | March 14, 2025 |

2

| | |
|---|---|
| Joint Status Letter to the Court (including confirmation that all counsel have met and conferred regarding settlement) DUE | March 21, 2025 |
| Fubo Serves Opening Expert Reports | April 4, 2024 |
| Defendants Serve Rebuttal Expert Reports | May 2, 2025 |
| Fubo Serves Expert Reply Reports | May 23, 2025 |
| Close of Expert Discovery | June 13, 2025 |
| All Pre-Trial/Post-Discovery Motions DUE (MSJs, *Daubert* Motions, and Substantive Motions in Limine) | July 3, 2025 |
| Oppositions to Pre-Trial Motions DUE | July 31, 2025 |
| Replies on Pre-Trial Motions DUE | August 21, 2025 |
| Parties Jointly File Joint Pretrial Order, Proposed Jury Instructions, Verdict Forms, Voir Dire Questions | September 19, 2025 |
| Final Pre-Trial Conference | October 1, 2025 |
| Trial Begins | October 6, 2025 |

Dated:  September 12, 2024
        New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge