IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUBOTV INC., and FUBOTV MEDIA INC.,<br><br>         Plaintiffs,<br><br>    - against -<br><br>THE WALT DISNEY COMPANY, ESPN, INC., ESPN ENTERPRISES, INC., HULU, LLC, FOX CORPORATION, and WARNER BROS. DISCOVERY, INC.,<br><br>         Defendants. | Case No. 1:24-cv-01363 (MMG) |

**DEFENDANT FOX CORPORATION'S
MOTION TO SEVER CLAIMS AND TRANSFER VENUE**

  PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Fox Corporation, by its undersigned counsel, hereby moves this Court pursuant to Federal Rule of Civil Procedure 21 and 28 U.S.C. § 1404(a) for an Order severing Counts IV, VI, VIII, XII, XIII, and XIV against Fox and transferring them to the United States District Court for the Central District of California.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: September 16, 2024<br>    New York, New York | */s/ Andrew J. Levander*<br>Andrew J. Levander<br>Steven E. Bizar<br>Steven A. Engel<br>Michael H. McGinley<br>Erica Fruiterman<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, NY  10036<br>Telephone: (212) 698-3500<br>andrew.levander@dechert.com<br>steven.bizar@dechert.com |

steven.engel@dechert.com
michal.mcginley@dechert.com
erica.fruiterman@dechert.com

*Attorneys for Defendant*
*Fox Corporation*