**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FuboTV Inc., and FuboTV Media Inc.,<br><br>                                    Plaintiffs,<br><br>          v.<br><br>The Walt Disney Company, et al.,<br><br>                                    Defendants. | 1:24-cv-01363-MMG<br><br>ORAL ARGUMENT REQUESTED |

## DISNEY'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Disney's Motion to Dismiss Plaintiffs' Amended Complaint, Defendants The Walt Disney Company and its affiliates ESPN, Inc., ESPN Enterprises, Inc. and Hulu, LLC (together, "Disney" or the "Disney Defendants") hereby move this Court for an Order dismissing Counts 3, 5, 7, 10, 12, 13 and 14 in Plaintiffs' Amended Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and granting such other and further relief as this Court deems just and proper.

September 26, 2024

                                              CRAVATH, SWAINE & MOORE LLP,

           by

                                          /s/ *J. Wesley Earnhardt*

                                          Antony L. Ryan
                                          J. Wesley Earnhardt
                                          Yonatan Even
                                          Damaris Hernández
                                          Michael P. Addis
                                          Members of the Firm

                                          2 Manhattan West
                                          375 Ninth Avenue
                                          New York, NY 10001
                                          (212) 474-1000

                                          *Counsel for The Walt Disney Company,*
                                          *ESPN, Inc., ESPN Enterprises, Inc. and*
                                          *Hulu, LLC.*