UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUBOTV INC., and FUBOTV MEDIA INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>- against -<br><br>THE WALT DISNEY COMPANY, ESPN, INC., ESPN ENTERPRISES, INC., HULU, LLC, FOX CORPORATION, and WARNER BROS. DISCOVERY, INC.,<br><br>　　　　　　　　Defendants. | Case No. 24-cv-1363-MMG<br><br>ORAL ARGUMENT REQUESTED |

## DEFENDANT FOX CORPORATION'S MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying joint memorandum of law, Defendant Fox Corporation, by its undersigned counsel, hereby moves this Court before the Honorable Margaret M. Garnett for an order dismissing Counts 1-4, 6, 8, 11, 12, 13 and 14 of Plaintiffs' Amended Complaint (Dkt. No. 145) in their entirety and with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and granting such further relief this Court deems just and proper.

Dated: September 26, 2024
　　　　New York, New York

Respectfully submitted,

By: /s/ Andrew J. Levander
Andrew J. Levander
Steven E. Bizar
Steven A. Engel
Michael H. McGinley
John (Jay) Jurata, Jr.
Erica Fruiterman
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500

Andrew.levander@dechert.com

*Attorneys for Defendant Fox Corporation*