**Exhibit A:**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUBOTV, INC. and FUBOTV MEDIA, INC., <br><br> *Plaintiffs*, <br><br> -against- <br><br> THE WALT DISNEY COMPANY, ESPN, INC., ESPN ENTERPRISES, INC., HULU, LLC, FOX CORPORATION, and WARNER BROS. DISCOVERY, INC., <br><br> *Defendants*. | No. 1:24-cv-01363-MMG <br><br> STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the above-captioned action is voluntarily dismissed, with prejudice, without costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). It is further stipulated and agreed by and between the parties that the dismissal of this action with prejudice constitutes a final adjudication on the merits and extinguishes the preliminary injunction issued on August 16, 2024 (Dkt. 291).

Dated: January 6, 2025

        KELLOGG, HANSEN, TODD, FIGEL &
        FREDERICK, P.L.L.C.

/s/ *Tom Schultz*

Michael K. Kellogg
Mark C. Hansen
Gregory G. Rapawy
Andrew C. Shen
Thomas G. Schultz

    1615 M Street, N.W., Suite 400
        Washington, D.C. 20036
          (202) 326-7900

*Attorneys for Plaintiffs-Appellees*


CRAVATH, SWAINE & MOORE LLP

Antony Ryan
J. Wesley Earnhardt
Yonatan Even
Damaris Hernandez
Michael P. Addis

    Two Manhattan West
      375 Ninth Avenue
        New York, NY 10001
         (212) 474-1000

*Attorneys for The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; and Hulu, LLC*

Dated: January 6, 2025

        KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

---

Michael K. Kellogg
Mark C. Hansen
Gregory G. Rapawy
Andrew C. Shen
Thomas G. Schultz

1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

*Attorneys for Plaintiffs-Appellees*


CRAVATH, SWAINE & MOORE LLP

/s/

---

Antony Ryan
J. Wesley Earnhardt
Yonatan Even
Damaris Hernandez
Michael P. Addis

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

*Attorneys for The Walt Disney Company; ESPN, Inc.; ESPN Enterprises, Inc.; and Hulu, LLC*

2

DECHERT LLP



Andrew J. Levander
Steven E. Bizar
Steven A. Engel
John (Jay) Jurata
Michael H. McGinley

1095 Avenue of the Americas
   New York, NY 10036
      (212) 698-3500

*Attorneys for Fox Corporation*


WEIL, GOTSHAL & MANGES LLP


David L. Yohai
Adam C. Hemlock
Theodore E. Tsekerides
Robert W. Taylor
A.J. Green
Elaina K. Aquila

767 Fifth Avenue
   New York, NY 10153
      (212) 310-8000

*Attorneys for Warner Bros. Discovery Inc.*

3

DECHERT LLP

Andrew J. Levander
Steven E. Bizar
Steven A. Engel
John (Jay) Jurata
Michael H. McGinley

1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

*Attorneys for Fox Corporation*


WEIL, GOTSHAL & MANGES LLP

David L. Yohai
Adam C. Hemlock
Theodore E. Tsekerides
Robert W. Taylor
A.J. Green
Elaina K. Aquila

767 Fifth Avenue
New York, NY 10153
(212) 310-8000

*Attorneys for Warner Bros. Discovery Inc.*

3