AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| fuboTV Inc., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-1363 |
| The Walt Disney Company, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DIRECTV.

Date: 01/08/2025

/s/ Owen Smith
*Attorney's signature*

Owen Smith
*Printed name and bar number*

HWG LLP
1919 M. St. NW, 8th Floor
Washington, DC 20012
*Address*

osmith@hwglaw.com
*E-mail address*

(202) 730-1323
*Telephone number*

(202) 730-1301
*FAX number*